AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

————————— DISTRICT OF <u>Massachusetts</u> —————————

COMMUNITY ARTS ADVOCATES, INC.,
and STEPHEN H. BAIRD,

**SUMMONS IN A CIVIL CASE**

V.

CITY OF BOSTON;
BOSTON POLICE DEPARTMENT;
KATHLEEN M. O'TOOLE, in her
capacity as Police Commissioner;
BOSTON PARKS AND RECREATION DEPARTMENT; and
ANTONIA POLLACK, in her capacity as Parks and Recreation
Department Commissioner

CASE NUMBER:

# 04   11618   NG

TO: (Name and address of defendant)

Antonia Pollack
1010 Massachusetts Avenue
3rd Floor
Boston, MA 02118

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John J. Cotter
Testa, Hurwitz, & Thibeault, L.L.P.
125 High Street
Boston, Massachusetts 02110

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

JUL 2 5 2004

CLERK                                                    DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 8/3/04 |
|---|---|
| NAME OF SERVER *(PRINT)*   James J. Murray | TITLE   Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:_____

_____

☐ Returned unexecuted:_____

_____

_____

☒ Other *(specify):*   Served the copies in hand upon Lucy Porro, Administrative Assistant to    Antonia Pollack as person authorized to accept service of Process on behalf of Antonia Pollack at the offices of the Boston Parks and Recreation Department located at 1010 Massachusetts Ave, Boston MA

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8/3/04_____        _____
                *Date*                              *Signature of Server*

                                          6 Beacon Street, Suite 825
                                          _____
                                          *Address of Server*
                                                   Boston, MA.

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.