AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF Massachusetts

COMMUNITY ARTS ADVOCATES, INC.,
and STEPHEN H. BAIRD,

v.

CITY OF BOSTON;
BOSTON POLICE DEPARTMENT;
KATHLEEN M. O'TOOLE, in her
capacity as Police Commissioner;
BOSTON PARKS AND RECREATION DEPARTMENT; and
ANTONIA POLLACK, in her capacity as Parks and Recreation
Department Commissioner

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 11618 NG

TO: (Name and address of defendant)

Boston Parks and Recreation Departments
1010 Massachusetts Avenue
3rd Floor
Boston, MA 02118

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John J. Cotter
Testa, Hurwitz & Thibeault, L.L.P.
125 High Street
Boston, Massachusetts 02110

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

JUL 21 2004

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  8/3/04 |
| NAME OF SERVER (PRINT)  James J. Murray | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By serving said copies in hand upon Lucy Porro as person authorized to accept service on behalf of the defendant Boston Parks and Recreation Department, located at 1010 Massachusetts Ave, Boston, MA.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___8/3/04___
           Date

Signature of Server

6 Beacon Street, Suite 825
Address of Server
Boston, MA 02108

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.