UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11618 NG

| |
|---|
| COMMUNITY ARTS ADVOCATES INC., ET AL., Plaintiffs, <br><br> v. <br><br> CITY OF BOSTON, ET AL., Defendants. |

**DEFENDANTS COMMISSIONER O'TOOLE, THE BOSTON POLICE DEPARTMENT, COMMISSIONER POLLACK, AND THE BOSTON PARKS AND RECREATION DEPARTMENT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**

Defendants Commissioner O'Toole, the Boston Police Department, Commissioner Pollack, and the Boston Parks and Recreation Department ("the defendants"), move this Honorable Court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the plaintiffs' complaint for failure to state a claim upon which relief can be granted. In support of their motion, the defendants state:

(1) A lawsuit against a public official in his or her official capacity is actually a suit against the entity her or she represents; and

(2) The Boston Police Department and the Boston Parks and Recreation Department are not body politics subject to lawsuits, but departments within the City of Boston.

1

In further support of their motion, the defendants submit the attached memorandum of law.

Wherefore: the defendants respectfully request that this Honorable Court dismiss plaintiffs' complaint with prejudice.

**DEFENDANTS REQUEST AN ORAL ARGUMENT FOR THIS MOTION.**

Respectfully submitted,
DEFENDANTS, KATHLEEN M. O'TOOLE, in her capacity as Police Commissioner, THE BOSTON POLICE DEPARTMENT, ANTONIA POLLACK, in her official capacity as Parks and Recreation Department Commissioner, and THE BOSTON PARKS AND RECREATION DEPARTMENT,

Merita A. Hopkins
Corporation Counsel
By its attorneys:

/s/ Thomas R. Donohue
Thomas R. Donohue, BBO# 643483
Wendy Plotkin, BBO# 647716
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4039 – Donohue
(617) 635-2902 - Plotkin