UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11618 NG

COMMUNITY ARTS ADVOCATES INC., ET AL.,
Plaintiffs,

v.

CITY OF BOSTON, ET AL.,
<u>Defendants.</u>

**<u>ASSENTED TO DEFENDANTS COMMISSIONER O'TOOLE, THE BOSTON POLICE DEPARTMENT, COMMISSIONER POLLACK, AND THE BOSTON PARKS AND RECREATION DEPARTMENT'S MOTION TO WITHDRAW THEIR MOTION TO DISMISS PLAINTIFF'S COMPLAINT</u>**

Defendants, Commissioner O'Toole, the Boston Police Department, Commissioner Pollack, and the Boston Parks and Recreation Department ("defendants") hereby withdraw their motion, filed with the Court on August 31, 2004, to dismiss plaintiffs, Community Arts Advocates, Inc. and Stephen Baird's ("plaintiffs") complaint.  As reasons therefore, defendants have assented to plaintiffs' *Stipulation of Dismissal Without Prejudice Of Commissioner O'Toole, The Boston Police Department, Commissioner Pollack, and the Boston Parks and Recreation Department*.  Defendants reserve the right to renew their motion to dismiss.

Plaintiffs assent to this motion.

[signatures next page]

1

| | |
|---|---|
| Assented to:<br>PLAINTIFFS, COMMUNITY ARTS ADVOCATES, INC., and STEPHEN H. BAIRD, | Respectfully submitted,<br>DEFENDANTS, KATHLEEN M. O'TOOLE, in her capacity as Police Commissioner, THE BOSTON POLICE DEPARTMENT, ANTONIA POLLACK, in her official capacity as Parks and Recreation Department Commissioner, and THE BOSTON PARKS AND RECREATION DEPARTMENT,<br><br>Merita A. Hopkins<br>Corporation Counsel |
| By their attorneys: | By their attorneys: |
| /s/ Jason A. Duva [by TRD]<br>Jason A. Duva, BBO# 640156<br>Testa, Hurwitz & Thibeault, LLP<br>125 High Street<br>Boston, MA 02110<br>(617) 248-7031 | /s/ Thomas R. Donohue<br>Thomas R. Donohue, BBO# 643483<br>Assistant Corporation Counsel<br>City of Boston Law Department<br>Room 615, City Hall<br>Boston, MA 02201<br>(617) 635-4039 |