IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ARTS ADVOCATES, INC., and<br>STEPHEN H. BAIRD,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF BOSTON;<br>BOSTON POLICE DEPARTMENT;<br>KATHLEEN M. O'TOOLE, in her capacity as<br>Police Commissioner;<br>BOSTON PARKS AND RECREATION<br>DEPARTMENT; and<br>ANTONIA POLLAK, in her capacity as Parks<br>and Recreation Department Commissioner<br><br>    Defendants. | Civil Action No:<br>04 11618 NG<br><br>Judge Nancy Gertner |

## Stipulation of Dismissal Without Prejudice Of Commissioner O'Toole, The Boston Police Department, Commissioner Pollack, and The Boston Parks and Recreation Department

Pursuant to Fed. R. Civ. P. 41(a)(ii), plaintiffs, Community Arts Advocates, Inc. and Stephen H. Baird, hereby dismiss all claims asserted in this action against defendants Commissioner O'Toole, the Boston Police Department, Commissioner Pollack, and the Boston Parks and Recreation Department without prejudice. This Stipulation does not affect defendant the City of Boston.

Defendants, through their attorney Thomas R. Donohue, assented to this Stipulation on September 14, 2004.

Dated: Boston, Massachusetts
September 15, 2004

Respectfully submitted,

PLAINTIFFS
COMMUNITY ARTS ADVOCATES, INC.,
and STEPHEN H. BAIRD,

By their attorneys,

/s/ Jason A. Duva
John J. Cotter (BBO# 554524)
Thomas A. Turano (BBO# 552168)
Jason A. Duva (BBO# 640156)
Karen A. Schouten (BBO# 658141)
TESTA, HURWITZ & THIBEAULT, LLP
125 High Street
High Street Tower
Boston, Massachusetts 02110
Telephone (617) 248-7000
Facsimile (617) 248-7100

ASSENTED TO:

DEFENDANTS
CITY OF BOSTON;
BOSTON POLICE DEPARTMENT;
KATHLEEN M. O'TOOLE, in her capacity as Police Commissioner;
BOSTON PARKS AND RECREATION DEPARTMENT; and
ANTONIA POLLAK, in her capacity as Parks and Recreation Department Commissioner

By their attorneys,

/s/ Thomas R. Donohue [by JAD]
Thomas R. Donohue (BBO# 643483)
Wendy Plotkin (BBO# 647716)
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4039 - Donohue
(617) 635-2902 - Plotkin

3118199_1