```
              IN THE UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| COMMUNITY ARTS ADVOCATES, INC., and STEPHEN H. BAIRD, | ) ) ) Civil Action No: ) 04 11618 NG |
| Plaintiffs, | ) ) ) Judge Nancy Gertner |
| v. | ) ) |
| CITY OF BOSTON, | ) ) |
| Defendant. | ) ) ) |

**<u>PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION</u>**

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs, Community Arts Advocates, Inc. ("CAA") and Stephen H. Baird, hereby respectfully move this Court to prevent additional deprivations of Plaintiffs' rights pending a trial on the merits by issuing a preliminary injunction enjoining Defendant, City of Boston, its agents, and those in active concert or participation with the City or its agents with notice of this Order, from: (a) enforcing or attempting to enforce Boston Municipal Ordinance § 16-12.24 or Boston Police Rule 75; and (b) interfering in any way with the rights of any performer, including without limitation musicians, singers, actors, magicians, puppeteers, portrait artists, and caricature artists, to play musical instruments, to perform, to display their art, or to solicit peacefully and receive consideration for these activities at any time on any City street, sidewalk, ground, or park, including

1

without limitation The Boston Common, Dock Square, Copley Square, City Hall Plaza, Newbury Street, and Downtown Crossing.

Because of recent events, including enforcement actions by Ranger 217 of the Boston Parks Department on July 18, 2004 and by an Officer of the Boston Municipal Police on August 27, 2004 and as set forth more fully in the accompanying Memorandum in Support of this Motion, CAA and Mr. Baird have a likelihood of success on the merits of their claims that they and others have suffered and will continue to suffer irreparable harm through Defendant's enforcement of Boston Municipal Ordinance § 16-12.24, Boston Police Rule 75, or other laws, policies, or customs.  The immediate and irreparable harm that Plaintiffs will suffer if a preliminary injunction is not issued (the continued deprivation of their First Amendment right to perform) outweighs any harm that a preliminary injunction might cause Defendant.  The public interest can only be served by granting the requested injunction.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Plaintiffs respectfully request a hearing on their Motion for Preliminary Injunction. Because this matter involves the continued enforcement of a facially unconstitutional Ordinance and Police Rule and thus presents issues of a complex and urgent nature, Plaintiffs

believe that oral argument would be of assistance to the Court in the disposition of this motion.

Dated: Boston, Massachusetts
       September 30, 2004

                                          Respectfully submitted,

                                          PLAINTIFFS
                                          COMMUNITY ARTS ADVOCATES, INC., and
                                          STEPHEN H. BAIRD,

                                          By their attorneys,

                                          _/s/ John J. Cotter_____
                                          John J. Cotter (BBO# 554524)
                                          Thomas A. Turano (BBO# 552168)
                                          Jason A Duva (BBO# 640156)
                                          Karen A. Schouten (BBO# 658141)
                                          TESTA, HURWITZ & THIBEAULT, LLP
                                          125 High Street
                                          High Street Tower
                                          Boston, Massachusetts 02110
                                          Telephone (617) 248-7000
                                          Facsimile (617) 248-7100


**CERTIFICATE OF COMPLIANCE WITH LR 7.1**

    I hereby certify that counsel for Plaintiffs conferred with counsel for Defendant in a good faith effort to resolve or narrow the issues set forth herein.

                                          /s/ John J. Cotter
                                          John J. Cotter

3115689