**EXHIBIT A**

```
              IN THE UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| COMMUNITY ARTS ADVOCATES, INC., <br> and STEPHEN H. BAIRD, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BOSTON, <br><br> Defendant. | Civil Action No: <br> 04 11618 NG <br><br> Judge Nancy Gertner |

**PROPOSED ORDER**

Defendant, City of Boston, its agents, and those in active concert or participation with the City or its agents with notice of this Order, are hereby preliminarily enjoined from: (a) enforcing or attempting to enforce Boston Municipal Ordinance § 16-12.24 or Boston Police Rule 75; and (b) interfering in any way with the rights of any performer, including without limitation musicians, singers, actors, magicians, puppeteers, portrait artists, and caricature artists, to play musical instruments, to perform, to display their art, or to solicit peacefully and receive consideration for these activities at any time on any City street, sidewalk, ground, or park, including without limitation The Boston Common, Dock Square, Copley Square, City Hall Plaza, Newbury Street, and Downtown Crossing.

SO ORDERED

_____
Hon. Nancy Gertner