# EXHIBIT B



# THE GRAND INCENDIARY

A Biography of
## SAMUEL ADAMS
By Paul Lewis

g the radicals
heir growing

overnor, duly
l to obey, and
outcome was
usiest in Sam
the conserva-
, too. He sent
ow of rhetori-
enjoying the

etter; a vote of
Its resolution,
ative brevity:

it a measure of
ost so virtuous
itriotic, should
odious light of
ed through by
, what in a full
ter of notoriety
t the considera-
er Colonies.
ny of them have
public papers;
f the proposals,
nd those letters
fruitless if, by
meant a repeal

ou cannot think
of this, to call
of His Majesty
Excellency has
nmunicated the
instructions, so

far as relates to the requistion. In all this, however, we cannot find that Your Excellency is more than directed to dissolve the present Assembly in case of a non-compliance on the part of the House. If the votes of the House are to be controlled by a minister, we have left us but a vain semblance of liberty.

This communication held hints to Bernard of the next steps the Assembly planned to take, and the governor undoubtedly saw what was coming; but he could do nothing to prevent the inevitable. Acting in accordance with his own instructions from London, he prorogued the Assembly, ordering it to dissolve without conducting any further business.

But Sam Adams, who was enjoying the greatest success of his life, had no intention of complying without making additional moves. At his instigation and that of Otis, the Assembly voted, by a count of 99 to 3, to establish a special committee for the purpose of requesting the Colonial Office to recall Governor Bernard. The chairman of that committee, who was specifically authorized to write the letter demanding the governor's recall, was, of course, Sam Adams.

The letter was already prepared, and in order to insure its "legality" it was dispatched before the Assembly followed the governor's order and solemnly voted to adjourn. It is significant, in the light of what followed, that the members specifically did not vote themselves out of existence.

Sam Adams did not reveal his hand prematurely, however, and first concentrated on whipping up enthusiasm for the celebration of "our glorious American holiday," the third anniversary of the outbreak of opposition to the Stamp Tax. The date was August 14, a Saturday, so the festivities were held the following day in order to draw a bigger crowd. The Union Jack and other flags were draped on the branches of the Liberty Tree, and fourteen cannon were fired. A large crowd paraded through the town, then gathered for a band concert; everyong sang the "American Song of Liberty," to the tune of "God Save the King," the new lyrics being provided for the occasion by none other than Sam Adams. Free beer and quantities of stronger spirits were on hand,