UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.2004-CV-11618-NG

COMMUNITY ARTS ADVOCATES, INC. et als.,
Plaintiffs

V.

CITY OF BOSTON, et als.,
Defendants

**<u>ORDER ON RECUSAL</u>**

ALEXANDER, M.J.

    This Court hereby recuses itself from consideration of the above-entitled action pursuant to 28 U.S.C.A. § 455(a). Accordingly, the case file is returned to the District Court (Gertner, J.).

SO ORDERED.

10/19/04
Date

United States Magistrate Judge