## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

COMMUNITY ARTS
ADVOCATES, INC.,

    Plaintiff,

    v.

CITY OF BOSTON, ET AL,

    Defendants.

CA. NO. 04-11618-NG

## *NOTICE*

November 23, 2004

**BOWLER, Ch.U.S.M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a **status conference** at **2:30 p.m., Friday, December 3, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

    /s/ Marianne B. Bowler
    **MARIANNE B. BOWLER**
    Chief United States Magistrate Judge

To:    ALL COUNSEL OF RECORD
**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**