UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11618 NG

COMMUNITY ARTS ADVOCATES INC., ET AL.,
    Plaintiffs,

v.

CITY OF BOSTON, ET AL.,
    Defendant.

NOTICE OF APPEARANCE

To The Clerk Of The Above Named Court:

    Please enter my Notice of Appearance as attorney for the Defendant City of Boston in the above-entitled action.

Respectfully submitted,

Defendant CITY OF BOSTON
By its Attorney
Merita A. Hopkins
Corporation Counsel

/S/ Ronald G. Nelson
Ronald G. Nelson, BBO# 652035
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4097