UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11618 NG

```
COMMUNITY ARTS ADVOCATES
INC., ET AL.,
Plaintiffs,

v.

CITY OF BOSTON, ET AL.,
     Defendant.
```

NOTICE OF WITHDRAWAL OF APPEARANCE

To The Clerk Of The Above-Referenced Court:

    Please accept my withdrawal as attorney of record for the Defendant, City of Boston, in the above-captioned case. Notice of Appearance of subsequent counsel for Defendant is filed simultaneously herewith.

    Respectfully submitted,
Defendant, CITY OF BOSTON
By its attorney:

/s/ Wendy S. Plotkin by RGN
Wendy S. Plotkin
Assistant Corporation Counsel
City of Boston, Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4031
BBO# 647716