IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COMMUNITY ARTS ADVOCATES, INC., and STEPHEN H. BAIRD,  Plaintiffs,  v.  CITY OF BOSTON,  Defendant. | Civil Action No: 04 11618 NG  Judge Nancy Gertner |

**PLAINTIFFS' AGREED MOTION FOR LEAVE
TO FILE A REPLY MEMORANDUM SUPPORTING
THEIR MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Local Rule 7.1(B)(3), Plaintiffs Community Arts Advocates, Inc. and Stephen H. Baird move for leave to file the accompanying Reply Memorandum Supporting Their Motion For Preliminary Injunction (attached as Exhibit A). Defendant City of Boston filed an opposition to Plaintiffs' motion, in which the City presented for the first time Boston Police Rule 403, enacted after Plaintiffs filed their Motion For Preliminary Injunction and replacing the challenged Boston Police Rule 75.  CAA and Mr. Baird therefore seek leave to file the attached reply memorandum to address the City's opposition, new Police Rule 403, and to clarify and narrow the issues to be decided.  In a November 30, 2004, telephone conversation between counsel, City attorney Thomas R. Donohue consented to the Court's

granting this motion and Plaintiffs filing their reply

memorandum.


Dated: Boston, Massachusetts
       December 2, 2004
                            Respectfully submitted,

                            PLAINTIFFS
                            COMMUNITY ARTS ADVOCATES, INC.,
                            and STEPHEN H. BAIRD,

                            By their attorneys,


                            _/s/ John J. Cotter_____
                            John J. Cotter (BBO 554524)
                              cotter@tht.com
                            Thomas A. Turano (BBO 552168)
                              turano@tht.com
                            Jason A Duva (BBO 640156)
                              duva@tht.com
                            Karen A. Schouten (BBO 658141)
                              schouten@tht.com
                            TESTA, HURWITZ & THIBEAULT, LLP
                            125 High Street
                            High Street Tower
                            Boston, Massachusetts 02110
                            Telephone (617) 248-7000
                            Facsimile (617) 248-7100

3133555