# EXHIBIT A



## August 2, 2004

### NEWS BRIEFS

## Street Performers Sue Boston Police



**HARRIS**

A group of some 30 musicians and other performers has sued Boston's police and parks departments to challenge the constitutionality of a 19th century law that restricts street performances.

"Artists have been arrested and threatened with arrest for 30 years. I'm tired of it," said Stephen Baird, a musician from the city's Jamaica Plain neighborhood who says he was recently ordered by a park ranger to stop playing on Boston Common.

Baird says he has a musician's license from the city Police Department, but was told he needed another permit from the city's Parks and Recreation Department. That department informed him it doesn't issue such permits to musicians.

The case has been taken up, pro bono, by Testa, Hurwitz & Thibeault in Boston, which filed suit in U.S. District Court to challenge the constitutionality of the city ordinance and police regulation.

The suit was filed on behalf of Baird and the 30-member Community Arts Advocates Inc., a nonprofit organization of musicians, singers, actors, magicians and puppeteers. The city's Police and Parks departments, as well as the commissioners of both departments, are named as defendants.

The suit claims that the regulations are sexist, because they require a female performer to be accompanied by a male. They also restrict when and where artists can perform.

A lawyer for the Police Department said the rule was recently revised to remove the sexist language and other restrictions.

"If you want to hang out on the Boston Common and play your guitar, there's nothing to prevent you from doing that," as long as the performer has the proper police license, said Mary Jo Harris, legal counsel for the Police Department, adding that a permit from the Parks Department is not required.

The lawsuit requests that the city ordinance and police regulation be ruled unconstitutional and that street performers be given the right to ply their trade and peacefully solicit donations on city streets, sidewalks and parks.

— ITEM COMPILED WITH AP MATERIAL