# EXHIBIT B



LICENSEE IS NOT PERMITTED TO SOLICIT  No. 1966
BUT MAY ACCEPT VOLUNTARY DONATIONS.

City of Boston—Police Department

ITINERANT MUSICIAN'S LICENSE

Eff: 09-02-04 thru 08-31-05          Fee $10.00

THIS CERTIFIES that .................. Stephen Baird ..................
                                          (Name)
................................. 39 Robeson St.
                              Jamaica Plain, MA 02130 ..............
                                  (Residence)

has been duly licensed to play upon musical instruments in the public streets of Boston until the first day of September, 2005 subject to Police Rule 75 regulating Itinerant Musicians.

Boston, 09-02-2004                    Kathleen M. O'Toole
                                      ~~POLICE COMMISSION~~ Police Commissioner.

(OVER)

Form 1059

---

POLICE RULE 75.

Section 9. All street pianos and organs used by licensed itinerant musicians shall be presented annually, in April, to the police officer or other person designated by the police commissioner to examine the condition of such instruments; and when the condition of an instrument is found by him to be unsatisfactory it shall not be again used in public until he shall have approved it.

Section 12. Every licensee provided for by this rule shall at all times have his license with him and shall exhibit the same at the request of any police officer. The police will require itinerant musicians who are unknown to them to exhibit their licenses and will promptly prosecute all unlicensed persons.