# EXHIBIT C

## Boston Municipal Ordinance

CHAPTER XVI

PROHIBITIONS, PENALTIES AND PERMITS


16-19 PUBLIC GROUNDS.

16-19.1 Use of Public Grounds.

No person shall, in or upon the Common, Public Garden, or other public grounds of the City, walk, stand, or sit upon the grass, or upon any land planted or prepared for planting or upon a fountain, monument, or statue, or a bandstand, wall, fence, or other structure, or within the basin of a pond otherwise than upon ice, or stand or lie upon a bench or sleep thereon, except that the Mayor may from time to time by proclamation and order permit walking, standing, and lying upon the grassed land of the Common or designated part thereof, or the grassed land of any other public grounds or any other designated part thereof, except the Public Garden, for such days or parts of such days as he shall specify; and he may in like manner by proclamation and order permit sleeping on such days as he shall specify, on any of the benches and any of the grassed lands of the Common or other public grounds, except the Public Garden. Nothing contained in this subsection or in Subsection 16-19.4 of this section shall be held to prohibit the doing of any act in the reasonable performance of his work or employment by any person acting under the authority or direction of any Board or Officer in charge of any of the places described in this subsection.

(CBC 1975 Ord. T14 § 340; Ord. 1977 c. 11)