IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COMMUNITY ARTS ADVOCATES, INC., and STEPHEN H. BAIRD,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF BOSTON,<br><br>        Defendant. | Civil Action No:<br>04 11618 NG |

### PLAINTIFFS' CERTIFICATION
### PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiffs Community Arts Advocates, Inc. and Stephen H. Baird and their counsel hereby certify that they have conferred: (1) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of litigation; and (2) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| **COMMUNITY ARTS ADVOCATES, INC. AND STEPHEN H. BAIRD** | **COUNSEL FOR PLAINTIFFS COMMUNITY ARTS ADVOCATES, INC. AND STEPHEN H. BAIRD** |
|---|---|
| /s/ Stephen H. Baird (by JAD)<br>Stephen H. Baird<br>President<br>Community Arts Advocates, Inc.<br>P.O. Box 112<br>Jamaica Plain, MA 02130 | /s/ Jason A. Duva<br>John J. Cotter (BBO 554524), cotter@tht.com<br>Thomas A. Turano (BBO 552168), turano@tht.com<br>Jason A Duva (BBO 640156), duva@tht.com<br>Karen A. Schouten (BBO 65814), schouten@tht.com<br>TESTA, HURWITZ & THIBEAULT, LLP<br>125 High Street<br>Boston, Massachusetts 02110<br>(617) 248-7000 |

Dated:   December 9, 2004

3152602