

# CITY OF BOSTON
# LAW DEPARTMENT
City Hall, Room 615
Boston, MA 02201

THOMAS M. MENINO
*Mayor*

MERITA A. HOPKINS
*Corporation Counsel*

January 24, 2005

**VIA FACSIMILE (617) 204-5833**
Clerk for the Honorable Judge
Marianne B. Bowler
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
Boston, MA 02210

RE:   **ASSENTED TO LETTER**
      **Community Arts Advocates, Inc., et al. v. City of Boston,**
      U.S.D.C. (Mass.), Civil Action No. 04-11618 NG

Dear Clerk:

Pursuant to our conversation earlier today, please accept this assented to letter as notice of the parties' intent to cancel the mediation scheduled for tomorrow with Judge Bowler.

After discussion on Friday, January 21, 2004, the parties agree that going forward with tomorrow's mediation would be fruitless and a waste of the Court's time.

Thank you for your attention to this matter. Please do not hesitate to contact me should you have any questions or concerns.

Sincerely,

Thomas R. Donohue
Assistant Corporation Counsel
(617) 635-4039

cc:   Jason Duva, Esq.
      Attorney for Plaintiff
      VIA FACSIMILE (617) 248-7100

TEL.: (617) 635-4034 FAX: (617) 635-3199

TOTAL P.02