```
         IN THE UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| COMMUNITY ARTS ADVOCATES, INC., and STEPHEN H. BAIRD,<br>      Plaintiffs,<br>  v.<br>CITY OF BOSTON,<br>      Defendant. | )<br>)<br>) Civil Action No:<br>) 04 11618 NG<br>)<br>) Judge Nancy Gertner<br>)<br>)<br>) |

## Motion to Withdraw as Attorney

Jason A. Duva respectfully requests leave of Court to withdraw as counsel for the Plaintiff in this case pursuant to Local Rule 83.5.2(c). Mr. Duva will not be employed by Testa, Hurwitz & Thibeault, LLP after February 9, 2005.

Dated:   Boston, Massachusetts
         February 9, 2005

                              Respectfully submitted,

                              PLAINTIFFS
                              COMMUNITY ARTS ADVOCATES, INC., and
                              STEPHEN H. BAIRD,

                              By their attorneys,


                              _/s/ Jason A. Duva_____
                              John J. Cotter (BBO 554524)
                                cotter@tht.com
                              Jason A Duva (BBO 640156)
                                duva@tht.com
                              TESTA, HURWITZ & THIBEAULT, LLP
                              A Limited Liability Partnership in
                              Dissolution
                              125 High Street
                              High Street Tower

                    Boston, Massachusetts 02110
                    Telephone (617) 248-7000
                    Facsimile (617) 248-7100

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served on February 9, 2005 by First Class Mail at the address below upon each party not identified as an electronic recipient.

Mr. Richard Max Strahan
National Campaign Director
GreenWorld
928 Dorcester Avenue
Dorchester, MA 02125

                    /s/ Jason A. Duva_____
                    Jason A. Duva

3174522_1