UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11618 NG

COMMUNITY ARTS ADVOCATES INC., ET AL.,
    Plaintiffs,

v.

CITY OF BOSTON,
    Defendant.

**OPPOSITION OF DEFENDANT CITY OF BOSTON TO RICHARD MAX STRAHAN'S MOTION TO INTERVENE**

Defendant City of Boston ("the City") opposes Richard Max Strahan's ("Strahan") motion to intervene. The City states that Strahan has failed to allege any facts that would allow intervention under Rule 24.

**I. Strahan should not be allowed to intervene.**

Strahan does not meet the threshold to intervene under Rule 24. He has not alleged that a statue of the United States confers any right to intervene in this case. Fed.R.Civ.P. 24(a) and (b). Under Rule 24(a), Strahan's motion fails because he makes no allegations that he has any interest relating to the property or transaction, which is the subject of this case. See Fed.R.Civ.P. 24(a). Under Rule 24(b), Strahan's motion fails because he does not claim a question of law or fact in common with this

1

case. See Fed.R.Civ.P. 24 (b). Furthermore, the First Circuit has reiterated that an intervener's claim must be significantly close to the dispute between the original litigants. It must be direct, not contingent. See <u>Conservation Law Found. of New England, Inc. v. Mosbacher</u>, 966 F.2d 39, 42 (1st Cir. 1992).

In this case, plaintiffs challenged the constitutionality of a City of Boston ordinance and police department rule regulating street musicians. Strahan only alleges that he routinely petitions, leaflets, and accepts donations in public arenas of the City to support endangered wildlife. Strahan does not allege that he is a street musician or that his constitutional rights were violated do to the City ordinance and police rule challenged by plaintiffs.

Finally, Strahan makes factually incorrect allegations regarding a "prospective settlement agreement - which is likely to be sanctioned by the Court." The parties are not in settlement negotiations.

For the above stated reasons Strahan's motion to intervene should be denied.

Respectfully submitted,
DEFENDANT, CITY OF BOSTON
Merita A. Hopkins
Corporation Counsel
By its attorney:


/s Thomas R. Donohue_____
Thomas R. Donohue, BBO# 643483
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4039

**CERTIFICATE OF SERVICE**

  I, Thomas R. Donohue, hereby certify that I served a true copy of the above document to: Richard Max Strahan, National Campaign Director GreenWorld, 928 Dorchester Avenue, Dorchester, MA 02125 via postage prepaid, first class, U.S. Mail on February 9, 2005.

        /s/ Thomas R. Donohue
         Thomas R. Donohue