FILED IN CLERKS OFFICE

2005 JAN 26  P 2: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| COMMUNITY ARTS et al. | ) | |
| | ) | |
| Plaintiffs | ) | 04 – 11618 – N G |
| | ) | |
| v. | ) | |
| | ) | 26 January 2005 |
| CITY OF BOSTON, et al. | ) | |
| | ) | |
| Defendants | ) | |

---

### RICHARD MAX STRAHAN'S MOTION TO INTERVENE

---

Richard Max Strahan moves the Court to intervene in the instant action as a matter of right and -- in the alternative -- by leave of the Court in order to serve the Public Interest. Strahan is a conservation scientist who along with other members of his group GreenWorld routinely petitons, leaflets, and accepts donations from willing members of the Public on the sidewalks, parks and other Public Fora in the City of Boston in support of their efforts to protect endangered species of wildlife. Like the Plaintiffs, Strahan and other members of GreenWorld have routinely been unlawfully arrested by the Boston Police for doing nothing more than engaging in peaceful Public Outreach in Public spaces in the City of Boston. Strahan and GreenWorld are plaintiffs in a civil suit against employees of the City of Boston to challenge Boston's unlawful ban on Public Outreach in the Faneuil Hall Area and Boston's Parks.

Strahan is permitted by Rule 24(a) to intervene in the instant action as a matter of right becuase the prospective settlement between the parties threatens constitutionally protected interests. In the Parties prospective settlement agreement – which is likely to be sanctioned by the Court – the City of Boston will agree to promulagte regulations that will essentially curtail Strahan and the Public's constitutional right to do Public Outreach in the City of Boston. Strahan

has the right to intervene in the instnat action to ensure that his constitutional rights and current opportunities to engage in peaceful Public Outreach in the City of Boston are not adversely affected by any decison of the Court in this matter nor any final agreement between the parties.

In the alternative, Strahan requests that the Court allow him to intervene purusnat to Rule 24(b) in the Public Interest in order to insure that the Public's right and opportunity to do Public Outreach in the City of Boston is enhanced and not adversely affected by any possible outcome of the instant action. Strahan's long history of doing Public Outreach in the City of Boston and his defence of his right to do so in state and federal courts makes him a legitimate intervenor in this matter to serve the Public Interest.

For the above reasons, Strahan asks the Court to grant him his requested releif.

BY:

Richard Max Strahan
National Campaign Director
GreenWorld
617.233.3854
esis@savespecies.com

---

## CERTIFICATE OF SERVICE

---

I have served IN HAND a copy of this motion on the attorneys for all parties on 26 January 2005.

Richard Max Strahan