IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ARTS ADVOCATES, INC., and STEPHEN H. BAIRD, <br><br>  Plaintiffs, <br> v. <br> CITY OF BOSTON, <br><br>  Defendant. | Civil Action No: <br> 04 11618 NG <br><br> Judge Nancy Gertner |

FILED IN CLERKS OFFICE
2005 FEB -8 P 2:40
U.S. DISTRICT COURT
DISTRICT OF MASS.

**PLAINTIFFS' OPPOSITION TO MR. STRAHAN'S MOTION TO INTERVENE**

Plaintiffs Community Arts Advocates, Inc. and Stephen H. Baird oppose proposed intervenor Richard Max Strahan's Motion to Intervene because Mr. Strahan has alleged no reason under Rule 24 that would require intervention or permit intervention. More specifically, Mr. Strahan's motion should be denied for the following reasons:

1. Mr. Strahan cannot intervene as of right under Fed. R. Civ. P. 24(a)(1) because he has not cited any United States statute that confers an unconditional right to intervene, and plaintiffs are unaware of any such statute that could apply to the "Public Outreach" circumstances as alleged by Mr. Strahan and the facts at issue in this action.

2. Mr. Strahan cannot intervene as of right under Fed. R. Civ. P. 24(a)(2) because he has not claimed any interest in any property or transaction which is the subject of the action. In

fact, Mr. Strahan alleges "Public Outreach" activities apparently concerning political speech that are not identical to the performance rights raised by plaintiffs in this action, and any decision in this action should not as a practical matter impair or impede his ability to protect his alleged free speech rights.

3. Mr. Strahan should not be allowed to intervene permissively under Fed. R. Civ. P. 24(b)(1) because he has not cited any United States statute that confers a conditional right to intervene, and plaintiffs are unaware of any such statute that could apply to the "Public Outreach" circumstances alleged by Mr. Strahan and the facts at issue in this action.

4. Mr. Strahan should not be allowed to intervene permissively under Fed. R. Civ. P. 24(b)(2) because he has not cited any question of law or fact in common with this action. More specifically, Mr. Strahan has not alleged that his free speech or other constitutional rights are in common with the performance rights sought to be enforced by plaintiffs, nor has he alleged that any of the facts that he alleges are common to the facts at issue in this action.

5. In addition, Mr. Strahan's Motion contains an inaccurate recitation of facts, specifically in alleging that there is a "prospective settlement agreement – which is likely to be sanctioned by the Court." However, the parties currently

are not engaged in settlement talks and have not been since the City's January 24, 2005 letter to the Court requesting cancellation of the scheduled mediation with Magistrate Judge Bowler. Furthermore, there is currently no prospective settlement agreement between the parties.

For the foregoing reasons, Mr. Strahan's Motion to intervene should be denied.

Dated:     Boston, Massachusetts
           February 8, 2005

                              Respectfully submitted,

                              PLAINTIFFS
                              COMMUNITY ARTS ADVOCATES, INC., and
                              STEPHEN H. BAIRD,

                              By their attorneys,

                              /s/ John J. Cotter
                              _____
                              John J. Cotter (BBO 554524)
                              Jason A. Duva (BBO 640156)
                              TESTA, HURWITZ & THIBEAULT, LLP
                              A Limited Liability Partnership in
                              Dissolution
                              125 High Street
                              High Street Tower
                              Boston, Massachusetts 02110
                              Telephone (617) 248-7000
                              Facsimile (617) 248-7100

3173850_1

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document was served upon Richard Max Strahan and the attorney of record for each other party by First Class Mail on February 8, 2005 at the addresses below.

Mr. Richard Max Strahan
National Campaign Director
GreenWorld
928 Dorchester Avenue
Dorchester, MA 02125

Thomas R. Donohue, Esq.
Ronald G. Nelson, Esq.
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201

                                                Jason A. Duva