IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ARTS ADVOCATES, INC., and STEPHEN H. BAIRD, <br>     Plaintiffs, <br>   v. <br> CITY OF BOSTON, <br>     Defendant. | Civil Action No: <br> 04 11618 NG <br><br> Judge Nancy Gertner |

**Motion to Withdraw By John J. Cotter**

    Pursuant to Local Rule 83.5.2(c), John J. Cotter, for himself and on behalf of the firm Testa, Hurwitz & Thibeault, LLP (a Limited Liability Partnership in Dissolution), respectfully requests leave of Court to withdraw as counsel for Plaintiffs Community Arts Advocates, Inc. and Stephen H. Baird.

    New counsel for Plaintiffs, Jerry Cohen P.C. and Christine M. Griffin of Perkins Smith & Cohen LLP, are expected to enter appearances, no motions are pending, no trial date has been set, no hearings or conferences have been scheduled, and no reports are due.  Effective February 17, 2005, Mr. Cotter will no longer

be a member of Testa, Hurwitz & Thibeault, LLP (a Limited Liability Partnership in Dissolution).

Dated:    Boston, Massachusetts
          February 16, 2005

        Respectfully submitted,


        _/s/ John J. Cotter_____
        John J. Cotter (BBO 554524)
         cotter@tht.com
        TESTA, HURWITZ & THIBEAULT, LLP
        A Limited Liability Partnership in Dissolution
        125 High Street
        High Street Tower
        Boston, Massachusetts 02110
        Telephone (617) 248-7000
        Facsimile (617) 248-7100