UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ARTS ADVOCATES, INC. )<br>and STEPHEN H. BAIRD,                         )<br>    Plaintiffs,                                      )<br>                                                          )<br>v.                                                       )<br>                                                          )<br>CITY OF BOSTON,                                )<br>    Defendant.                                     )<br>                                                          ) | CIVIL ACTION NO. 04-11618-NG |

## NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS

Please enter the appearance of the undersigned and the law firm of Perkins Smith & Cohen LLP as counsel for the Plaintiffs, Community Arts Advocates, Inc. and Stephen H. Baird, in connection with the above-captioned matter. Prior counsel to the Plaintiffs, John J. Cotter, Esq., has filed a Motion to Withdraw under Local Rule 83.5.2(c) on behalf of himself and Testa, Hurwitz & Thibeault, LLP (a Limited Liability Partnership in Dissolution).

        Respectfully submitted,

        Plaintiffs,
        **COMMUNITY ARTS ADVOCATES,**
        **INC. and STEPHEN H. BAIRD,**
        By their attorneys,


        /s/ Christine M. Griffin
        Jerry Cohen, BBO #089400
        Christine M. Griffin, BBO #651401
        PERKINS SMITH & COHEN LLP
        One Beacon Street, 30th Floor
        Boston, Massachusetts 02108
March 2, 2005        (617) 854-4000

## CERTIFICATE OF SERVICE

     I, Christine M. Griffin, hereby certify that a true copy of the foregoing Notice of Appearance of Counsel for Plaintiffs was served upon the following counsel by first-class mail, postage prepaid, on this the 2nd day of March, 2005:

| | |
|---|---|
| John J. Cotter, Esq.<br>Testa, Hurwitz & Thibeault, LLP<br>125 High Street<br>High Street Tower<br>Boston, MA 02110 | Karen A. Schouten, Esq.<br>Testa, Hurwitz & Thibeault, LLP<br>125 High Street<br>Oliver Tower<br>Boston, MA 02110 |
| Thomas A. Turano, Esq.<br>Kirkpatrick & Lockhart, Nicholson<br>  Graham LLP<br>75 State Street<br>Boston, MA 02109-1808 | Ronald G. Nelson, Esq.<br>City of Boston Law Department<br>City Hall, Room 615<br>Boston, MA 02110 |
| Wendy S. Plotkin, Esq.<br>Choate, Hall & Stewart<br>53 State Street<br>Boston, MA 02109 | Thomas R. Donohue, Esq.<br>City of Boston Law Department<br>One City Hall<br>Boston, MA 02110 |

                                                                /s/ Christine M. Griffin
                                                                Christine M. Griffin

31622-2 NOA 030105.doc