IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COMMUNITY ARTS ADVOCATES, INC., ) <br> and STEPHEN H. BAIRD, ) <br>  ) <br> Plaintiffs, ) <br>  v. ) <br> CITY OF BOSTON, ) <br>  ) <br> Defendant. ) | Civil Action No: <br> 04 11618 NG <br><br> Judge Nancy Gertner |

## Motion to Withdraw by Karen A. Schouten

Pursuant to Local Rule 83.5.2(c), Karen A. Schouten, for herself and on behalf of the firm Testa, Hurwitz & Thibeault, LLP (a Limited Liability Partnership in Dissolution), respectfully requests leave of Court to withdraw as counsel for the Plaintiffs Community Arts Advocates, Inc. and Stephen H. Baird.

New counsel for Plaintiffs, Jerry Cohen P.C. and Christine M. Griffin of Perkins Smith & Cohen LLP, are expected to enter appearances, no motions are pending, no trial date has been set, no hearings or conferences have been scheduled, and no reports are due.

Effective February 1, 2005, Ms. Schouten is no longer employed by Testa, Hurwitz & Thibeault, LLP (a Limited Liability Partnership in Dissolution). Ms. Schouten's current employer, Kirkpatrick & Lockhart Nicholson Graham LLP, has a non-waiveable conflict with respect to this matter.

- 2 -

Dated:    Boston, Massachusetts
           March 2, 2005

                                        Respectfully submitted,

                                        PLAINTIFFS
                                        COMMUNITY ARTS ADVOCATES, INC., and
                                        STEPHEN H. BAIRD,

                                        By their attorneys,


                                         /s/ Karen A. Schouten
                                        Karen A. Schouten (BBO 658141)
                                              schouten@klng.com
                                        KIRKPATRICK & LOCKHART NICHOLSON
                                        GRAHAM LLP
                                        Boston, Massachusetts 02109
                                        Telephone (617) 261-3100
                                        Facsimile (617) 261-3175