IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ARTS ADVOCATES, INC., ) <br> and STEPHEN H. BAIRD, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> CITY OF BOSTON, ) <br> ) <br> Defendant. ) | Civil Action No: <br> 04 11618 NG <br><br><br> Judge Nancy Gertner |

## Motion to Withdraw by Thomas A. Turano

Pursuant to Local Rule 83.5.2(c), Thomas A. Turano, for himself and on behalf of the firm Testa, Hurwitz & Thibeault, LLP (a Limited Liability Partnership in Dissolution), respectfully requests leave of Court to withdraw as counsel for the Plaintiffs Community Arts Advocates, Inc. and Stephen H. Baird.

New counsel for Plaintiffs, Jerry Cohen P.C. and Christine M. Griffin of Perkins Smith & Cohen LLP, are expected to enter appearances, no motions are pending, no trial date has been set, no hearings or conferences have been scheduled, and no reports are due.

Effective February 1, 2005, Mr. Turano is no longer a member of Testa, Hurwitz & Thibeault, LLP (a Limited Liability Partnership in Dissolution).  Mr. Turano is currently a member of Kirkpatrick & Lockhart Nicholson Graham LLP, which has a non-waiveable conflict with respect to this matter.

Dated:   Boston, Massachusetts
         March 2, 2005

                        Respectfully submitted,

                        PLAINTIFFS
COMMUNITY ARTS ADVOCATES, INC., and
STEPHEN H. BAIRD,

By their attorneys,


 /s/ Thomas A. Turano
Thomas A. Turano (BBO 352168)
     tturano@klng.com
KIRKPATRICK & LOCKHART NICHOLSON
GRAHAM LLP
75 State Street
Boston, Massachusetts 02109
Telephone (617) 261-3100
Facsimile (617) 261-3175

- 2 -