UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11618 NG

COMMUNITY ARTS ADVOCATES INC., ET AL.,
    Plaintiffs,

v.

CITY OF BOSTON,
    Defendant.

## DEFENDANT CITY OF BOSTON'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(C)

Pursuant to the Court's (Gertner, J.) order of January 26, 2005 and Fed.R.Civ.P. 12(c), defendant City of Boston ("the City") respectfully requests that the Court dismiss plaintiffs' complaint.

As reason for its motion:

1. Plaintiffs' complaint has become moot. See Cruz v. Farquharson, 252 F.3d 530, 533 (1st Cir. 2001).

2. Plaintiffs' complaint challenges the constitutionality of a police department rule and a City ordinance regarding the regulation of itinerant musicians.

3. Neither regulation is enforced. See Court's Order (Gertner, J.), Docket, December 23, 2004.

4. The police department rule was rescinded by order of Kathleen M. O'Toole, Police Commissioner, on January 3, 2005. See Exhibit A, attached hereto.

5. Mayor Thomas M. Menino made a request to the City Council to repeal the ordinance on December 27, 2004. See Exhibit B, attached hereto.

1

6. Mayor Menino's request is currently pending before the City Council's legislative committee. It is anticipated that the full Council will vote upon it within the next two weeks.

7. Moreover, neither regulation was enforced prior to the rescission of the rule and the request to repeal. See Court's Order (Gertner, J.), Docket, December 23, 2004.

8. The Court, at the January 26, 2005 status conference, left the case open for one month due to plaintiffs' concerns that the regulations would be enforced.

9. The City was directed by the Court to file a motion to dismiss by March 4, 2005, should there be no further allegations of enforcement.

10. Plaintiffs' have not made the City aware of any allegations of enforcement of the regulations.

11. Upon information and belief, plaintiffs' most recent allegation of enforcement occurred on August 27, 2004. See Declaration of Stephen A. Baird, attached to plaintiffs' memorandum in support of their motion for a preliminary injunction. Docket No. 14, September 30, 2004.

12. Plaintiffs' complaint has become moot because neither regulation is being enforced. Furthermore, the police rule has been rescinded and the City ordinance is in the process of being repealed. See Cruz v. Farquharson, 252 F.3d 530, 533 (1st Cir. 2001).

   *Wherefore*, the City respectfully requests that this Honorable Court dismiss plaintiffs' complaint with prejudice.


[signature next page]

Respectfully submitted,
DEFENDANT, CITY OF BOSTON
Merita A. Hopkins
Corporation Counsel
By its attorney:


/s/ Thomas R. Donohue_____
Thomas R. Donohue, BBO# 643483
Ronald G. Nelson, BBO# 652035
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4039 - Donohue
(617) 635-4097 - Nelson