

CITY OF BOSTON • MASSACHUSETTS

OFFICE OF THE MAYOR
**THOMAS M. MENINO**

December 27, 2004

TO THE CITY COUNCIL

Dear Councillors:

I transmit herewith for your approval an Ordinance that provides for the repeal of Ordinance § 16-12.24, which purports to regulate itinerant musicians.

Ordinance § 16-12.24 was enacted in 1850 to address noise and public safety concerns. It has become apparent in recent months that the existing law regulating performances by itinerant musicians is antiquated and has not kept abreast with the evolution of the law regarding public artistic expression. Furthermore, noise and public safety concerns are adequately addressed by other ordinances and regulations.

I urge your Honorable Body to pass this ordinance at the earliest possible date.

Sincerely,

Thomas M. Menino
Mayor of Boston

BOSTON CITY HALL • ONE CITY HALL PLAZA • BOSTON • MASSACHUSETTS 02201 • 617/635-4000

PRINTED ON RECYCLED PAPER                                        31



# CITY OF BOSTON

## IN THE YEAR TWO THOUSAND AND FOUR

### AN ORDINANCE

### TO CEASE REGULATION OF PUBLIC STREET PERFORMANCES

Be it ordained by the City Council of Boston, as follows:

**Section 1**    Ordinance § 16-12.24 shall be, and the same hereby is repealed.

I HEREBY CERTIFY THAT
THE FOREGOING, IF PASSED IN
THE ABOVE FORM, WILL BE IN
ACCORDANCE WITH LAW.

MERITA A. HOPKINS
CORPORATION COUNSEL

BOSTON, MA

2004 DEC 30 AM 11:44

CITY CLERK'S OFFICE
RECEIVED