UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11618 NG

COMMUNITY ARTS ADVOCATES INC., ET AL.,
    <u>Plaintiffs</u>,

v.

CITY OF BOSTON,
    <u>Defendant.</u>

**<u>CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)</u>**

    Pursuant to L.R. D. Mass. 7.1(A)(2), I hereby certify that today, I, Thomas R. Donohue, attorney for defendant, conferred in good faith with Christine M. Griffin, attorney for plaintiffs, regarding <u>Defendant City Of Boston's Motion To Dismiss Plaintiff's Complaint Pursuant To Fed. R. Civ. P. 12(C)</u> but we were unable to resolve or narrow the issues of the motion.

    Respectfully submitted,
    DEFENDANT, CITY OF BOSTON
    Merita A. Hopkins
    Corporation Counsel
    By its attorney:

    /s/ Thomas R. Donohue
    Thomas R. Donohue, BBO# 643483
    Ronald G. Nelson, BBO# 652035
    Assistant Corporation Counsel
    City of Boston Law Department
    Room 615, City Hall
    Boston, MA 02201
    (617) 635-4039 - Donohue
    (617) 635-4097 - Nelson