UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ARTS ADVOCATES, INC. )<br>and STEPHEN H. BAIRD, )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF BOSTON, )<br>    Defendant. )<br>) | CIVIL ACTION NO. 04-11618-NG |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE**
**SUPPLEMENTAL DECLARATION OF STEPHEN H. BAIRD**

Plaintiffs Community Arts Advocates, Inc. and Stephen H. Baird ("Plaintiffs") hereby move the Court for leave to file the attached Supplemental Declaration of Stephen H. Baird (attached as Exhibit A hereto). Counsel for the City of Boston has indicated that he will not oppose this motion. As reason for this motion, the Plaintiffs state that the attached Supplemental Declaration concerns recent events that are of vital importance to the Court's consideration of the pending Defendant City of Boston's Motion To Dismiss Plaintiff's (sic) Complaint Pursuant To Fed. R. Civ. P. 12(c) and the Plaintiffs' Opposition to that motion. Plaintiffs ask that the Court grant Plaintiffs leave to file the attached Supplemental Declaration as additional support for the Plaintiffs' Opposition to Defendant City of Boston's Motion To Dismiss Plaintiff's (sic) Complaint Pursuant To Fed. R. Civ. P. 12(c).

                      Respectfully submitted,

                      Plaintiffs,
                      **COMMUNITY ARTS ADVOCATES, INC. and**
                      **STEPHEN H. BAIRD,**
                      By their attorneys,

                      /s/ Christine M. Griffin
                      Jerry Cohen, BBO #089400
                      Stephen Y. Chow, BBO #082990
                      Christine M. Griffin, BBO #651401
                      PERKINS SMITH & COHEN LLP
                      One Beacon Street, 30th Floor
                      Boston, Massachusetts 02108

March 31, 2005                  (617) 854-4000

## CERTIFICATION UNDER LOCAL RULE 7.1

I, Christine M. Griffin, hereby certify that on March 31, 2005, I conferred in good faith with Thomas Donohue, Counsel for the City of Boston, pursuant to Local Rule 7.1(a)(2), regarding the above motion and he stated that he would not oppose this motion.

/s/ Christine M. Griffin
Christine M. Griffin

## CERTIFICATE OF SERVICE

I, Christine M. Griffin, hereby certify that a true copy of the foregoing was served upon the following counsel by first-class mail, postage prepaid, on this the 31st day of March, 2005:

Thomas R. Donohue, Esq.  
City of Boston Law Department  
City Hall, Room 615  
Boston, MA 02201  

Ronald G. Nelson, Esq.  
City of Boston Law Department  
City Hall, Room 615  
Boston, MA 02201

/s/ Christine M. Griffin
Christine M. Griffin