UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11618 NG

COMMUNITY ARTS ADVOCATES INC., ET AL.,
    Plaintiffs,

v.

CITY OF BOSTON,
    Defendant.

## MOTION FOR LEAVE TO FILE DEFENDANT CITY OF BOSTON'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS

Defendant City of Boston ("the City") hereby moves the Court for leave to file the attached Defendant City of Boston's Reply in Support of its Motion to Dismiss, attached hereto as Exhibit 1. Christine M. Griffin, counsel for the plaintiffs', has indicated that she will not oppose this motion.

As reason for this motion, the City states that the opposition filed by the plaintiffs raises new allegations and legal issues, which require a response.

Pursuant to this Court's Electronic Case Filing Administrative Procedures, the City has attached to this motion the proposed reply and attached exhibits A-E. If this Court grants leave to file the reply, the City will file the original, indicating in the caption that leave has been granted.

WHEREFORE, the City moves this Court to permit it to file the attached proposed reply, which responds to new allegations and legal arguments made by the plaintiffs.

    Respectfully submitted,
DEFENDANT, CITY OF BOSTON
Merita A. Hopkins
Corporation Counsel
By its attorneys:

/s/ Ronald G. Nelson_____
Ronald G. Nelson, BBO# 652035
Thomas R. Donohue, BBO# 643483
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4097 – Nelson
(617) 635-4039 – Donohue