

# CITY OF BOSTON

IN THE YEAR TWO THOUSAND AND FOUR

AN ORDINANCE

### TO CEASE REGULATION OF PUBLIC STREET PERFORMANCES

Be it ordained by the City Council of Boston, as follows:

**Section 1**  Ordinance § 16-12.24 shall be, and the same hereby is repealed.

I HEREBY CERTIFY THAT THE FOREGOING, IF PASSED IN THE ABOVE FORM, WILL BE IN ACCORDANCE WITH LAW.

_MERITA A. HOPKINS_
CORPORATION COUNSEL

In City Council    MAR 3 0 2005
Passed
_Rosaria Salerno_ City Clerk
Approved
_____ Mayor

RECEIVED
CITY CLERK'S OFFICE
2004 DEC 30 AM 11:44
BOSTON, MA