UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11618 NG

COMMUNITY ARTS ADVOCATES INC., ET AL.,
    Plaintiffs,

v.

CITY OF BOSTON,
    Defendant.

### AFFIDAVIT OF SERGEANT KENNETH S. VASS, JR.

I, Sergeant Kenneth S. Vass, Jr., on oath do depose and state as follows:

1. I have been employed as a City of Boston, City Hall Security Officer for the past 11 years. I have been a sergeant for the past three years.

2. On Wednesday, March 30, 2005, on my way from City Hall to Fanueil Hall, I approached a street musician performing in Dock Square/Samuel Adams Park and notified him that he needed a permit.

3. It was my understanding that street musicians were still being regulated in Dock Square/Samuel Adams Park.

4. The street musician told me that the City of Boston no longer regulates street musicians anywhere in the City of Boston.

5. In response to this assertion, I called my supervisor Richard Laham, Assistant Director of Security for City Hall on my cell phone.

6. Officer Laham informed me that street musicians are not regulated anywhere in the City and do not need permits to perform in Dock Square/Samuel Adams Park.

1

7.  After speaking with Officer Lahan, I considered the matter closed and continued walking to Fanueil Hall. Minutes later, on my way back to City Hall after making a purchase, I passed by the street musician as he continued to play his instrument.

8.  At no time did I contact any other officers regarding my interaction with the street musician. I also did not request that any officers report to Dock Square/Samuel Adams Park.


Signed under the pains and penalties of perjury this  6  day of  APRIL , 2005.

Sgt KSVass
Sergeant Kenneth S. Vass, Jr.
City Hall Security
City of Boston
Boston, MA 02201