UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11618 NG

```
COMMUNITY ARTS ADVOCATES
INC., ET AL.,
     Plaintiffs,

v.

CITY OF BOSTON,
     Defendant.
```

## AFFIDAVIT OF OFFICER ULRIC T. ALFRED, JR.

I, Officer Ulric T. Alfred, Jr., on oath do depose and state as follows:

1. I have been employed as a City of Boston, Municipal Police Officer for the past three years.

2. On the afternoon of Wednesday, March 30, 2005, at approximately 3:15 p.m., my partner, Boston Municipal Police Officer Brian Manetta and I left City Hall and walked in the direction of our cruiser parked next to the *Bostix* located next to Fanueil Hall.

3. As my partner walked ahead, I noticed a street musician playing what appeared to be a guitar and approached him.

4. I told the street musician that I thought he needed a permit to play in Dock Square/Fanueil Hall as it is commercialized and shared with the Federal Government.

5. The street musician responded to the effect that due to a recent Court decision the City no longer regulates street musicians anywhere in the City.

6. I told him that I was familiar with the order but thought that it meant musicians could play on the City sidewalks. At this time, the street musician handed me a piece of paper referencing a Court case.

1

7. After reviewing the paper, I commented "that's the Courts for you" and handed it back to the street musician. I then left him to continue his activities and went on my way to the police cruiser. The exchange took no more than thirty to sixty seconds. At no time did I state "the courts do not know what they are doing" or mention anything about an arrest, as alleged in paragraph eight of *Supplemental Declaration of Stephen H. Baird*

8. I was aware that the City no longer regulates street musicians but thought that the Dock Square/Samuel Adams Park area was regulated differently because it is shared with the Federal Government.

Signed under the pains and penalties of perjury this 6th day of April, 2005.

Officer Ulric T. Alfred, Jr.
Boston Municipal Police
170 Hancock Street
Dorchester, MA 02125