UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ARTS ADVOCATES, INC. )<br>and STEPHEN H. BAIRD, )<br>    Plaintiffs, )<br>              )<br>v.   )<br>              )<br>CITY OF BOSTON, )<br>    Defendant. )<br>              ) | CIVIL ACTION NO. 04-11618-NG |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
SUPPLEMENTAL DECLARATIONS**

Plaintiffs Community Arts Advocates, Inc. and Stephen H. Baird ("Plaintiffs") hereby move the Court for leave to file the attached Declaration of Gary Osbourne (attached as Exhibit A hereto) and Declaration of Daniel Denney (attached as Exhibit B hereto) in supplemental support of the Plaintiffs' Opposition to Defendant City of Boston's Motion To Dismiss Plaintiff's (sic) Complaint Pursuant To Fed. R. Civ. P. 12(c). As reason for this motion, the Plaintiffs state that the attached supplemental Declarations concern recent events that are of vital importance to the Court's consideration of the pending Defendant City of Boston's Motion To Dismiss Plaintiff's (sic) Complaint Pursuant To Fed. R. Civ. P. 12(c) and the Plaintiffs' Opposition to that motion.

                                                  Respectfully submitted,

                                                  Plaintiffs,
                                                  **COMMUNITY ARTS ADVOCATES, INC. and
STEPHEN H. BAIRD,**
                                                  By their attorneys,

                                                  /s/ Christine M. Griffin
                                                  Jerry Cohen, BBO #089400
                                                  Stephen Y. Chow, BBO #082990
                                                  Christine M. Griffin, BBO #651401
                                                  PERKINS SMITH & COHEN LLP
                                                  One Beacon Street, 30th Floor
                                                  Boston, Massachusetts 02108
April 7, 2005                                    (617) 854-4000

## CERTIFICATION UNDER LOCAL RULE 7.1

I, Christine M. Griffin, hereby certify that on April 7, 2005, I conferred in good faith with Thomas Donohue, Counsel for the City of Boston, pursuant to Local Rule 7.1(a)(2), regarding the above motion and was not able to narrow or resolve the issues presented above.

/s/ Christine M. Griffin
Christine M. Griffin

## CERTIFICATE OF SERVICE

I, Christine M. Griffin, hereby certify that a true copy of the foregoing was served upon the following counsel by first-class mail, postage prepaid, on this the 7th day of April, 2005:

Thomas R. Donohue, Esq.
Ronald G. Nelson, Esq.
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201

/s/ Christine M. Griffin
Christine M. Griffin