

**Police Commissioner's Special Order**

| | |
|---|---|
| Number: | SO 05-004 |
| Date: | 1/3/05 |
| Post/Mention: | Indefinite |

SUBJECT:   RULE 403, ITINERANT MUSICIANS, RESCINDED

Effective immediately Rule 403, Itinerant Musicians is no longer in effect. Therefore, Special Order 04-059 and Rule 403 are hereby rescinded.

Kathleen M. O'Toole
Police Commissioner