UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11618 NG

COMMUNITY ARTS ADVOCATES
INC., ET AL.,
        Plaintiffs,

v.

CITY OF BOSTON,
        Defendant.

## AFFIDAVIT OF OFFICER ULRIC T. ALFRED, JR.

I, Officer Ulric T. Alfred, Jr., on oath do depose and state as follows:

1.  I have been employed as a City of Boston, Municipal Police Officer for the past three years.

2.  On the afternoon of Wednesday, March 30, 2005, at approximately 3:15 p.m., my partner, Boston Municipal Police Officer Brian Manetta and I left City Hall and walked in the direction of our cruiser parked next to the *Bostix* located next to Fanueil Hall.

3.  As my partner walked ahead, I noticed a street musician playing what appeared to be a guitar and approached him.

4.  I told the street musician that I thought he needed a permit to play in Dock Square/Fanueil Hall as it is commercialized and shared with the Federal Government.

5.  The street musician responded to the effect that due to a recent Court decision the City no longer regulates street musicians anywhere in the City.

6.  I told him that I was familiar with the order but thought that it meant musicians could play on the City sidewalks. At this time, the street musician handed me a piece of paper referencing a Court case.

7.  After reviewing the paper, I commented "that's the Courts
    for you" and handed it back to the street musician.  I then
    left him to continue his activities and went on my way to
    the police cruiser.  The exchange took no more than thirty
    to sixty seconds.  At no time did I state "the courts do
    not know what they are doing" or mention anything about an
    arrest, as alleged in paragraph eight of *Supplemental
    Declaration of Stephen H. Baird*

8.  I was aware that the City no longer regulates street
    musicians but thought that the Dock Square/Samuel Adams
    Park area was regulated differently because it is shared
    with the Federal Government.


Signed under the pains and penalties of perjury this
6th day of April , 2005.


_____
Officer Ulric T. Alfred, Jr.
Boston Municipal Police
170 Hancock Street
Dorchester, MA 02125