UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11618 NG

COMMUNITY ARTS ADVOCATES
INC., ET AL.,
    Plaintiffs,

v.

CITY OF BOSTON,
    Defendant.

## AFFIDAVIT OF DANIEL P. LINSKEY

I, Daniel P. Linskey, on oath do depose and state as follows:

1. I have been a City of Boston Police Officer for 19.5 years and a Sergeant Detective for the past 7 years.

2. On Friday, April 8, 2005, I am scheduled to receive a promotion to Lieutenant.

3. I have held the position of Commander of the City of Boston Special Police Division since April 17, 2004.

4. As Commander of the Special Police Division I am the commanding officer of the Boston Municipal Police and City Hall Security.

5. On January 10, 2005, through Acting Chief Frank Pedersen, I issued a special order notifying all Boston Municipal Police Officers that musicians performing on public ways had a first amendment right to do so and shall not be arrested or asked to move.

6. This order was posted on the Municipal Police Special Orders Board at Headquarters and was read at roll call for approximately one week.

1

7.  A similar order was also given to City Hall Security Officers. The order was posted in City Hall and read at roll call for approximately one week.

8.  On April 5, 2005, I issued a second order to clear up any confusion regarding street musicians right to perform in Dock Square/Samuel Adams Park.

9.  This order will be posted, read at roll call and each Officer will receive a copy of the order in hand, for which he or she will sign an acknowledgment that the order was received.


[signature next page]

Signed under the pains and penalties of perjury this _6_ day of _April_, 2005.

*[signature]*
_____
Sergeant Detective Daniel P. Linskey
Commander of the Special Police Division
Boston Police Department
Boston, MA