UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ARTS ADVOCATES, INC. )<br>and STEPHEN H. BAIRD, )<br>    Plaintiffs, )<br>    )<br>v. )<br>    )<br>CITY OF BOSTON, )<br>    Defendant. )<br>    ) | CIVIL ACTION NO. 04-11618-NG |

### DECLARATIONS FILED PURSUANT TO COURT'S ALLOWANCE OF: PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATIONS

Pursuant to the Court's allowance of Plaintiffs' motion for leave to file same, Plaintiffs Community Arts Advocates, Inc. and Stephen H. Baird ("Plaintiffs") hereby file the attached Declaration of Gary Osbourne (attached as Exhibit A hereto) and Declaration of Daniel Denney (attached as Exhibit B hereto) in supplemental support of the Plaintiffs' Opposition to Defendant City of Boston's Motion To Dismiss Plaintiff's (sic) Complaint Pursuant To Fed. R. Civ. P. 12(c).

Respectfully submitted,

Plaintiffs,
**COMMUNITY ARTS ADVOCATES, INC. and STEPHEN H. BAIRD,**
By their attorneys,

/s/ Christine M. Griffin
Jerry Cohen, BBO #089400
Stephen Y. Chow, BBO #082990
Christine M. Griffin, BBO #651401
PERKINS SMITH & COHEN LLP
One Beacon Street, 30th Floor
Boston, Massachusetts 02108
April 13, 2005          (617) 854-4000

2

## CERTIFICATE OF SERVICE

      I, Christine M. Griffin, hereby certify that a true copy of the foregoing was served upon the following counsel by first-class mail, postage prepaid, on this the 13th day of April, 2005:

Thomas R. Donohue, Esq.
Ronald G. Nelson, Esq.
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201

                                            /s/ Christine M. Griffin
                                            Christine M. Griffin