UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ARTS ADVOCATES, INC. )<br>and STEPHEN H. BAIRD, )<br>    Plaintiffs, )<br>    )<br>v. )<br>    )<br>CITY OF BOSTON, )<br>    Defendant. )<br>    ) | CIVIL ACTION NO. 04-11618-NG |

**MOTION FOR LEAVE TO FILE:
PLAINTIFFS' SURREPLY TO
DEFENDANT CITY OF BOSTON'S REPLY
IN SUPPORT OF ITS MOTION TO DISMISS**

Plaintiffs Community Arts Advocates, Inc. ("CAA") and Stephen H. Baird ("Baird") (collectively, "Plaintiffs") hereby move for leave of Court to file the attached Surreply in opposition to Defendant City of Boston's Motion To Dismiss Plaintiff's (sic) Complaint Pursuant To Fed. R. Civ. P. 12(c) (the "City's Motion to Dismiss"). Counsel for the City of Boston has stated that the City will not oppose this motion.

As reason for this motion, Plaintiffs state that they have filed new and additional affidavits since filing their Opposition to the City's Motion to Dismiss in this matter. Plaintiffs additionally herewith file two new affidavits concerning the Plaintiffs' claims in this matter. Plaintiffs additionally state that the Surreply responds to new arguments advanced by the City of Boston.

                                                        Respectfully submitted,

                                                        Plaintiffs,
                                                        **COMMUNITY ARTS ADVOCATES, INC. and
STEPHEN H. BAIRD,**
                                                        By their attorneys,

                                                        /s/ Christine M. Griffin
                                                        Jerry Cohen, BBO #089400
                                                        Stephen Y. Chow, BBO #082990
                                                        Christine M. Griffin, BBO #651401
                                                       PERKINS SMITH & COHEN LLP
                                                       One Beacon Street, 30th Floor
                                                       Boston, Massachusetts 02108
April 25, 2005                                     (617) 854-4000

## CERTIFICATION UNDER LOCAL RULE 7.1

I, Christine M. Griffin, hereby certify that I conferred in good faith with Thomas Donohue, Counsel for the City of Boston, pursuant to Local Rule 7.1(a)(2), regarding the above motion and he agreed that the City of Boston would not oppose this motion.

/s/ Christine M. Griffin
Christine M. Griffin

## CERTIFICATE OF SERVICE

I, Christine M. Griffin, hereby certify that a true copy of the foregoing was served upon the following counsel by first-class mail, postage prepaid, on this the 25th day of April, 2005:

Thomas R. Donohue, Esq.  
City of Boston Law Department  
City Hall, Room 615  
Boston, MA 02201

Ronald G. Nelson, Esq.  
City of Boston Law Department  
City Hall, Room 615  
Boston, MA 02201

/s/ Christine M. Griffin
Christine M. Griffin