**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| COMMUNITY ARTS ADVOCATES, INC. ) | |
| and STEPHEN H. BAIRD, ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-11618-NG |
| ) | |
| CITY OF BOSTON, ) | |
|     Defendant. ) | |
| ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE**
**SUPPLEMENTAL DECLARATIONS**

Plaintiffs Community Arts Advocates, Inc. and Stephen H. Baird ("Plaintiffs") hereby

move the Court for leave to file the attached  three  Declarations, i.e. (1) of David Holzman

(attached  as Exhibit A hereto), (2) Declaration of Jeff Kesses (attached as Exhibit B hereto),  (3)

Declaration of John Griffiths (attached as Exhibit C hereto) and (4) Further Declaration of

Stephen Baird (attached  as Exhibit D hereto) in supplemental support of the Plaintiffs'

Opposition to Defendant City of Boston's Motion To Dismiss Plaintiff's (sic) Complaint

Pursuant To Fed. R. Civ. P. 12(c).  As reason for this motion, the Plaintiffs state that the

attached Declarations concern recent events that are of vital importance to the Court's

consideration of the pending Defendant City of Boston's Motion To Dismiss Plaintiff's (sic)

Complaint Pursuant To Fed. R. Civ. P. 12(c) and the Plaintiffs' Opposition to that motion.

Respectfully submitted,

Plaintiffs,
**COMMUNITY ARTS ADVOCATES,
INC. and STEPHEN H. BAIRD,**
By their attorneys,

/s/ Christine M. Griffin
Jerry Cohen, BBO #089400
Stephen Y. Chow, BBO #082990
Christine M. Griffin, BBO #651401
PERKINS SMITH & COHEN LLP
One Beacon Street, 30th Floor
Boston, Massachusetts 02108
June 28, 2005                                     (617) 854-4000

## CERTIFICATION UNDER LOCAL RULE 7.1

I, Jerry Cohen, hereby certify that on June 27, 2005, I conferred in good faith with Thomas Donohue, Counsel for the City of Boston, pursuant to Local Rule 7.1(a)(2), regarding the above motion and was not able to narrow or resolve the issues presented above.

/s/ Jerry Cohen
Jerry Cohen

## CERTIFICATE OF SERVICE

I, Jerry Cohen, hereby certify that a true copy of the foregoing was served upon the following counsel by hand, on this the 28th day of June, 2005:

Thomas R. Donohue, Esq.
Ronald G. Nelson, Esq.
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201

/s/ Jerry Cohen
Jerry Cohen