UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ARTS ADVOCATES, INC. )<br>and STEPHEN H. BAIRD, )<br>    Plaintiffs, )<br> )<br>v. )<br> )<br>CITY OF BOSTON, )<br>    Defendant. )<br>_____) | CIVIL ACTION NO. 04-11618-NG |

## DECLARATION OF DAVID HOLZMAN

I, David Holzman, declare and state as follows upon personal knowledge:

1. I am a street performer. I perform as a musician, playing the accordion. I also specialize as a street performer in clowning.

2. I have performed publicly as a street performer for 15 years.

3. I currently reside in Boston, Massachusetts.

4. I have performed as a street performer in Cambridge, Boston, Newburyport, Germany, France & Switzerland.

5. I have often performed publicly in the streets and parks of the City of Boston (the "City"). In the past I have been told by the City of Boston police that I could not perform in various areas around the City of Boston, including the Boston Common and Newbury Street.

6. On Friday, May 20, 2005 between 11:30 AM and 12:00 PM, I was playing my accordion on Newbury Street in Boston at the corner of Dartmouth Street and Newbury Street. I began playing at that time because I hoped to entertain the lunchtime crowd of passers-by. There is a plaza located at that corner where there are a few concrete benches. The Snowden School is also located in that area.

7. I played two or three songs. The response from passers-by was very favorable. One even said: "Thanks! You made my day!"

8. After I had played two or three songs, a woman came out of the Snowden School and told me testing was going on in the school. The woman asked me to stop playing.

9. I apologized if my music was bothering her, but I told her that I had a right to play in that spot and that what was going on inside the building didn't really have anything to do with it.

10. The woman then pressed me further to stop playing. I responded that I intended to continue playing, and that if she wanted to force me to stop, she would have to call the police.

11. It was my understanding that, pursuant to a Federal Lawsuit before Judge Nancy Gertner, I was permitted to play on the streets of Boston. It was my belief that, if the woman called the police, they would inform her that I was permitted to play on the street corner.

12. It is my understanding that the woman from the Snowden School did in fact call the police. A plain-clothed Boston Police Officer soon approached me and displayed badge #247. I do not know the officer's name.

13. The Boston Police Officer told me I had to move on. I told him that it was my understanding that pursuant to a recent court case, musicians have a right to play in public places in the City of Boston. I told the Officer that there had been an article about the Court case in the previous Sunday's (May 15) Boston Globe Magazine.

14. The Officer said he did not know anything about it and again asked me to move to another location. He suggested that I move across to the other side of Newbury Street, and pointed across the street. However, across the street from where we were standing a man was panhandling. I told the officer that I did not want to move to play near the pan handler. I told the officer that "that guy won't be an asset when it comes to attracting a crowd."

15. The Officer again stated that I should "just move on." At that point, I started to pack up my accordion. And the first officer left. While I was packing up, a second police officer approached me. This Officer was on a bicycle, wearing a Boston Police uniform, and wearing badge number 2377. I do not know this Officer's name.

16. This second Officer approached me and repeated that I couldn't play on that spot. He additionally inquired whether I had a permit to play on the streets of Boston. I told the Officer that I didn't think I needed one. I told the Officer that I was on public property, and that I have a right to play on public property. At some point during this exchange, Officer #247 came back.

17. The Officer #2377again asked, "Do you have an itinerant's license?" I told the Officer that I did not need one, that I was on public property, and that I had a right to play there.

2

18. The Officers then told me that the plaza that I was standing on was not public property, and that it in fact belonged to the Snowden School. "Why else would they be allowed to park their van on it?" he asked me, pointing to a Snowden School van parked on the sidewalk.

19. I thought I might have misunderstood what the Officer was saying, so I asked, "This spot belongs to the Snowden School?" He responded, "they sweep the sidewalk, they own this spot."

20. I told the Officer, "Okay, I'll leave." The Officer responded, "and don't think you can set up anyplace else in this area, and don't come back here."

21. I told the Officer I would be back with an attorney. I then packed up my accordion and went to perform on the Boston Common.

Signed under the pains and penalties of perjury, this the 24th day of May, 2005.

_____
David Holzman