UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ARTS ADVOCATES, INC. )<br>and STEPHEN H. BAIRD, )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF BOSTON, )<br>    Defendant. )<br>_____) | CIVIL ACTION NO. 04-11618-NG |

## FURTHER DECLARATION OF STEPHEN BAIRD

I, Stephen Baird, declare and state as follows upon personal knowledge:

1. I am the Executive Director of Community Arts Advocates, Inc., ("CAA"), a Plaintiff in this lawsuit. I am also myself a Plaintiff in this lawsuit. Based on recent events, I submit this declaration. The below statements are made on personal knowledge, except where otherwise indicated. I gave a prior original declaration and supplemental declaration, in connection with the defendant's motion for judgment on the pleadings in this case, on March 18, 2005 and March 31, 2005 as to blockage by Boston law enforcement officers of my exercise of right of free musical expression, notwithstanding representations of non-enforcement given in this case on 22-23 December 2004 (transcripts of hearings docket entries 35 and 36).

2. As director of Community Arts Advocates I have received many complaints of unlawful enforcement of the supposedly rescinded park rules 6 and police rule 75 from street performance artists and I have myself been faced with further enforcement as per my prior declaration in my performances in the last several months, since amplification is a recurring issue in some but not all instances.

3. The readings were taken Sunday, June 26, 2005 with a Radio Shack decibel meter, used with "A" Weighting. I first tested background noise on Congress Street between City Hall and Faneuil Hall, in slow traffic in hot weather and obtained readings of 75-85 db generally and readings for Duck Tour vehicles and busses at 85-95 db. I obtained a reading for a street performer at Faneuil Hall with sound system and backup music at 75-80 db. Crowd claps and noise readings were 85-95 db.

4. Faneuil Hall Marketplace outdoor cafes (slow period with few patrons – a lot louder on busy nights) yielded readings 70-80 db. Readings for Breeze Team Break Dancers with PA at Downtown Crossing were 85-90 db. Performer's noise was not greater than crowd noise. Three different store amplifiers in Downtown Crossing at Winter Street gave readings at 70-85 db.

5. The Boston noise ordinance has levels set at 70 db. This is not realistic where background noise is above 75 db and higher. The 70 db level can be used to ban normal conversation.

Signed under the pains and penalties of perjury, this the 27th day of June, 2005.

*/s/ Stephen Baird*
Stephen Baird