UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ARTS ADVOCATES, INC. )<br>and STEPHEN H. BAIRD, )<br>    Plaintiffs, )<br>     )<br>v. )<br>     )<br>CITY OF BOSTON, )<br>    Defendant. )<br>     ) | CIVIL ACTION NO. 04-11618-NG |

### NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS

Please enter the appearance of the undersigned Jerry Cohen of Perkins Smith & Cohen LLP as counsel for the Plaintiffs, Community Arts Advocates, Inc. and Stephen H. Baird, in connection with the above-captioned matter.

Respectfully submitted,

Plaintiffs,
**COMMUNITY ARTS ADVOCATES,
INC. and STEPHEN H. BAIRD,**
By their attorneys,

_____
Jerry Cohen, BBO #089400
PERKINS SMITH & COHEN LLP
One Beacon Street, 30th Floor
Boston, Massachusetts 02108
(617) 854-4000

June 29, 2005

### CERTIFICATE OF SERVICE

I, Jerry Cohen, hereby certify that a true copy of the foregoing Notice of Appearance of Counsel for Plaintiffs was served upon the following counsel by first-class mail, postage prepaid, on this the 29th day of June, 2005:

John J. Cotter, Esq.
Testa, Hurwitz & Thibeault, LLP
125 High Street
High Street Tower
Boston, MA 02110

Thomas A. Turano, Esq.
Kirkpatrick & Lockhart, Nicholson
  Graham LLP
75 State Street
Boston, MA 02109-1808

Wendy S. Plotkin, Esq.
Choate, Hall & Stewart
53 State Street
Boston, MA 02109

Karen A. Schouten, Esq.
Testa, Hurwitz & Thibeault, LLP
125 High Street
Oliver Tower
Boston, MA 02110

Ronald G. Nelson, Esq.
City of Boston Law Department
City Hall, Room 615
Boston, MA 02110

Thomas R. Donohue, Esq.
City of Boston Law Department
One City Hall
Boston, MA 02110

_____
Jerry Cohen

31622-2 NOA 030105.doc