UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ARTS ADVOCATES, INC. )<br>and STEPHEN H. BAIRD, )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF BOSTON, )<br>    Defendant. )<br>) | CIVIL ACTION NO. 04-11618-NG |

## MOTION TO WITHDRAW APPEARANCE OF CHRISTINE M. GRIFFIN, ESQ. FOR PLAINTIFFS, COMMUNITY ARTS ADVOCATES, INC. AND STEPHEN H. BAIRD

Pursuant to the requirements of Local Rule of the United States District Court for the District of Massachusetts 83.5.2, Christine M. Griffin, Esq. ("Griffin") hereby moves this Court for leave to withdraw her appearance as counsel in the above-captioned action on behalf of Plaintiffs Community Arts Advocates, Inc. and Stephen H. Baird ("Plaintiffs").

In support of this Motion, Attorney Griffin states that she has been an associate at the law firm of Perkins Smith & Cohen LLP, but has now accepted a position as an associate at another law firm.

Attorney Jerry Cohen and the law firm of Perkins Smith & Cohen LLP will continue as counsel for Plaintiffs. Attorney Cohen's appearance is filed herewith.

WHEREFORE, Christine M. Griffin, Esq. hereby requests that this Court grant her leave to withdraw her appearance on behalf of Plaintiffs in this action.

|  |  |
|---|---|
| | Respectfully submitted, |
| | *[signature]* |
| | Jerry Cohen, BBO #089400 |
| | Christine M. Griffin, BBO #651401 |
| | PERKINS SMITH & COHEN LLP |
| | One Beacon Street, 30th Floor |
| | Boston, Massachusetts 02108 |
| June 29, 2005 | (617) 854-4000 |

## CERTIFICATE OF SERVICE

I, Christine M. Griffin, hereby certify that a true copy of the foregoing was served upon the following counsel by first-class mail, postage prepaid, on this the 29th day of June, 2005:

John J. Cotter, Esq.
Testa, Hurwitz & Thibeault, LLP
125 High Street
High Street Tower
Boston, MA 02110

Thomas A. Turano, Esq.
Kirkpatrick & Lockhart, Nicholson
  Graham LLP
75 State Street
Boston, MA 02109-1808

Wendy S. Plotkin, Esq.
Choate, Hall & Stewart
53 State Street
Boston, MA 02109

Karen A. Schouten, Esq.
Testa, Hurwitz & Thibeault, LLP
125 High Street
Oliver Tower
Boston, MA 02110

Ronald G. Nelson, Esq.
City of Boston Law Department
City Hall, Room 615
Boston, MA 02110

Thomas R. Donohue, Esq.
City of Boston Law Department
One City Hall
Boston, MA 02110

*[signature]*
Christine M. Griffin

2