UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ARTS ADVOCATES, INC. )<br>and STEPHEN H. BAIRD, )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF BOSTON, )<br>    Defendant. )<br>_____) | CIVIL ACTION NO. 04-11618-NG |

### NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS

Please enter the appearance of the undersigned Barbara Green Whitbeck of Perkins Smith & Cohen LLP as counsel for the Plaintiffs, Community Arts Advocates, Inc. and Stephen H. Baird, in connection with the above-captioned matter.

                                        Respectfully submitted,

                                        Plaintiffs,
                                        **COMMUNITY ARTS ADVOCATES,**
                                        **INC. and STEPHEN H. BAIRD,**
                                        By their attorneys,

                                        /s/ Barbara Green Whitbeck
                                        Jerry Cohen, BBO# 089400
                                        Barbara Green Whitbeck, BBO #634343
                                        PERKINS SMITH & COHEN LLP
                                        One Beacon Street, 30th Floor
                                        Boston, Massachusetts 02108
September 1, 2005                        (617) 854-4000

## **CERTIFICATE OF SERVICE**

I, Barbara Green Whitbeck, hereby certify that a true copy of the foregoing Notice of Appearance of Counsel for Plaintiffs was served upon the following counsel by electronic filing on this the 1st day of September, 2005:

>Ronald G. Nelson, Esq.
>City of Boston Law Department
>City Hall, Room 615
>Boston, MA 02110
>
>Thomas R. Donohue, Esq.
>City of Boston Law Department
>One City Hall
>Boston, MA 02110
>
>/s/ Barbara Green Whitbeck
>Barbara Green Whitbeck

31622-2 NOA 082905.doc