UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11618 NG

COMMUNITY ARTS ADVOCATES INC., ET AL.,
    Plaintiffs,

v.

CITY OF BOSTON,
    Defendant.

## DEFENDANT CITY OF BOSTON'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)

Defendant City of Boston ("the Defendant" or "the City"), move this Honorable court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss Plaintiffs' complaint for failure to state a claim upon which relief can be granted. In support of its motion, the Defendant states:

(1) the Plaintiffs have made the same allegations and requested the same relief as in their previous filings;

(2) the Plaintiffs' claim that a declaratory relief is necessary to prevent the City from banning the use of electronic amplifiers by plaintiffs and others in their exercise of their Constitutional rights is without merit.

(3) the Plaintiffs' claim that the City has delegated its police power is completely without merit;

(4) the Plaintiffs' claim regarding Park Rules 1(b) and 6 have been litigated and decided by this Court, and, in any case, are without merit; and

(5) the Plaintiffs' claim that a declaratory relief is necessary to prevent the City from interfering with the Plaintiffs and others in their exercise of their Constitutional rights is without merit.

In further support of their motion, the defendants submit the attached memorandum of law.

*Wherefore*, the defendant respectfully request that this Honorable Court dismiss plaintiffs' amended complaint with prejudice.

**THE DEFENDANT REQUESTS AN ORAL ARGUMENT FOR THIS MOTION.**

Respectfully submitted,
DEFENDANT, CITY OF BOSTON
Merita A. Hopkins
Corporation Counsel
By its attorneys:

/s/ Ronald G. Nelson
Ronald G. Nelson, BBO# 652035
Thomas R. Donohue, BBO# 643483
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4097 - Nelson
(617) 635-4039 - Donohue