# Minstrels mired in Market melee
## With city's repeal of performance laws, sidewalk acts battle for center stage at Faneuil Hall

By Lisa Wangsness
GLOBE STAFF

It was supposed to herald a new era of artistic expression on the streets of Boston. But since the city repealed this spring its 19th-century laws restricting street performing, utopian visions of roving jugglers and mimes have been replaced with complaints about decibel levels and bickering over prime real estate.

"It turned into a survival of the fittest on the streets of Boston," Peter Gross, a magician and comedian, said of the city's first lawless summer. "Whoever was the loudest and most aggressive presence won the day."

Nowhere is the jockeying or acrimony so intense as it is on the cobbled plazas of Faneuil Hall, where droves of tourists can bring artists hundreds of dollars a day.

The comedians complain about the bucket drummers. A juggler displaced by a jazz concert tried to "muscle in" on break dancers from the Bronx, said the break dancers, who later tussled with a circus family from London. Tour guides in tricornered hats and breeches have been elbowed off the Samuel Adams statue by legions of tourists watching noisy acts. There is even a report of a dancer who teased a human gargoyle, "negating his performance," lamented a woman who works at a shop in Faneuil Hall.

Mayor Thomas M. Menino, who has grimly observed this unfolding drama from his City Hall office across Congress Street, is not happy. He said he is having his legal department look into how the city could regulate street performers again, not to hush them up, but to tame the chaos.

"I sit at my desk, at the table over there, and there's entertainers fighting with entertainers," he said, gesturing impatiently at the window in his office overlooking the mayhem. "Somebody has to control that space."

Many performers, too, are wondering whether too much freedom is a
**PERFORMERS, Page B6**



GLOBE STAFF PHOTO/DAVID L. RYAN
John Higby of the Yo-Yo Show performed at Quincy Market yesterday. Street performers have been battling for space around tourist-laden Faneuil Hall.

---

# Focus turns to Reilly in gay-marriage fight
## Lawyers urge the AG to bar ballot question

By Scott Helman
GLOBE STAFF

Pressure mounted yesterday on Attorney General Thomas F. Reilly over a proposed citizens' initiative to ban same-sex marriage, with two former attorneys general and several dozen lawyers urging him to rule the effort unconstitutional.

Reilly has until Sept. 7 to certify the ballot question, which foes of same-sex marriage hope will go before voters in the 2008 election. The pressure on Reilly, including a legal brief filed by same-sex marriage opponents, puts him in a delicate situation, as he begins a campaign for governor.

The Legislature set Sept. 14 yesterday as the date it will debate a separate measure, aimed at the 2006 ballot, that would outlaw same-sex marriage and establish civil unions. The early date dismayed gay-rights advocates who had expected far more time to lobby lawmakers.

"The September date for the next Constitutional Convention is unfortunate," Marty Rouse, campaign director for MassEquality, said in an e-mail. "We now have only three short weeks."

Ann C. Dufresne, a spokeswoman for Senate President Robert E. Travaligni,

**REILLY, Page B6**

---

### How's your math?
Easiest and toughest math questions from the 2005 10th-grade MCAS test:

**EASIEST** (No calculator allowed)
What is the value of the expression below?

$$(3^2 + 3)(3^2 - 3)$$

A. 27  B. 72  C. 81  D. 90

**TOUGHEST** (Calculator allowed)
Of all the people in attendance at a recent baseball game...

"...one-third had grandstand tickets

---

# Familiarity may not breed MCAS success

By Anand Vaishnav
GLOBE STAFF

In a school year dominated by the Red Sox World Series triumph, the question on the 10th-grade MCAS test this past spring seemed fitting: "Of the people in attendance at a recent baseball game, one-third had grandstand tickets, one-fourth had bleacher tickets, and the remaining

# Street performers fight for Faneuil spotlight

▶ **PERFORMERS**
*Continued from Page B1*

good thing — even at Faneuil Hall, the legendary cradle of liberty where Adams rallied Colonial mobs against British taxation and William Lloyd Garrison spoke out against slavery.

"I'm a huge believer in free speech. I'm a street performer," said Dan Foley, who juggles lawn chairs in front of Quincy Market. "But you can't impede somebody else's speech."

Until this summer, performances on the plazas in front of both Faneuil Hall and Quincy Market were tightly regulated by Faneuil Hall Marketplace. Performers from all over the world would flock to Boston each year to audition for a coveted spot in the rotation, usually scheduled in two-hour blocks in front of Quincy Market, and in front of Faneuil Hall on busy weekends.

The marketplace still runs the show in front of Quincy Market, but the space in front of Faneuil Hall, known as Sam Adams Plaza for its statue of the Revolutionary-era hero, is city property.

Last year, a free-speech lawsuit brought by a coalition of street performers prompted the city to repeal its street performing ordinances altogether. Although the plaintiffs were concerned about police bothering street performers across Boston, the effect of the repeal has mostly been felt on the city property in front of Faneuil Hall and at the fringes of the market, where bucket drummers, rock bands, and human gargoyles have been flocking all summer.

"It has only affected one scene, basically, because people follow the money. This is the number one tourist destination of the city," said Peter McLaughlin, the veteran comedian and juggler known as Peter Panic.

The competition grew more fierce in July, when several troupes of break dancers from New York heard about the repeal and moved from Downtown Crossing to more fertile territory at Faneuil Hall, performing for eight hours at a stretch almost every day of the week. Meanwhile, the Sardine Family Circus of London brought in its unicycles and acrobats.

On Monday, a dispute broke out about whose turn it was to perform. The circus family left, alleging the Breeze Team dancers threatened to knock out one of its member's teeth.

"It was more than upsetting, it was almost traumatizing, really," said John Griffiths, the patriarch of the world-traveling Sardine clan.

James "Jay Day" Geddie, founder of the Breeze Team, said that there was no threatening at all and that the dispute was settled when the performers asked the crowd to decide which act they wanted to see and people chose the break dancers.

"We don't disrespect nobody," he said. "They just act like they rule us."

With the break dancers drawing hundreds of people, acts like the Yo-Yo Show, a Faneuil Hall-sanctioned act that skillfully twirls yo-yos in front of Quincy Market, said they have seen their crowds shrink as people descending the steps from Government Center stop to watch the break dancers and then move on for food and shopping.

"They just never stop," said John Higby, half of the husband-and-wife team.

Stephen Baird, the performance artist who led a coalition of artists that sued the city in federal court last year, said Boston officials should have heeded his suggestion to adopt reasonable rules governing when and where artists can play, how close they can sit to one another, and how loud they can be. Many cities, including Cambridge, have such regulations, he said, and street performers adjust.

Baird said the turf battles at Faneuil Hall are preferable to the closed environment that used to exist there.

"It was what I call the privatization of public space," he said. "A corporation was allowed to have expression there, and individuals were not."



Street performers like Rebecca Loomis Higby of the Yo-Yo Show have said break-dancing acts near the Samuel Adams statue at Faneuil Hall are drawing their audiences away.
GLOBE STAFF PHOTO/DAVID L. RYAN

# Lobbying focuses on Reilly in gay-marriage question

▶ **REILLY**
*Continued from Page B1*

said Travaglini wants to deal with same-sex marriage so senators can move on to such issues as healthcare and economic stimulus.

A change to the state constitu[tion]... high and emotions on both sides run deep," the letter states. "We feel confident, however, that in this instance the plain language of the Massachusetts Constitution makes the decision a straightforward...

Opponents of same-sex marriage launched the petition effort two months ago as an alternative to the pending 2006 effort, which has lost support since lawmakers approved it last year. If... cause of its similarity with an unsuccessful ballot question in 2002. (The state constitution forbids the certification of any initiative if it is "substantially the same" as one certified...

Ellen Carpenter, said yesterday that the proposed ballot initiative would violate the state constitution. "This is just not an issue that meets the standard," she said.