UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COMMUNITY ARTS ADVOCATES, INC. )
and STEPHEN H. BAIRD, )
    Plaintiffs, )
)
v. )    CIVIL ACTION NO. 04-11618-NG
)
CITY OF BOSTON, )
    Defendant. )
)

## FURTHER DECLARATION OF STEPHEN H. BAIRD

I, Stephen H. Baird, a co-plaintiff in this action report these incidents:

1. Larry Bell (address: 3 Noel Street, Hampton, NH 03842 telephone:603-944-06407) a clown balloon sculpture street artist, was stopped from doing balloon sculptures in front of TD Bank North Garden on Saturday, October 8, 2005 at 1:30 PM (circus show was at the Garden). The Boston Police Officer on detail threatened to arrest Mr. Bell. The officer stated Mr. Bell needed a street performer's permit. The officer stated all the sidewalk in front of the TD Bank North Garden was private property (with due respect, I wonder if the Police Union claimed it was public property when they went to demonstrate for more wages last summer before the Democratic Convention). Mr. Bell moved across the street and into the subway station and the police officer followed him and threatened him again. Mr. Bell did not obtain the badge number or officer's name. I told him if he went out again that we needed this kind of information for the ongoing court case.

2. Cyrus Brooks (address: 76 Roanoke Road, Mattapan, MA 02126 telephone: 617-361-2573) heads a Hip-hop, break dance group which was stopped in Downtown Crossing on September 1, 2005 during a shut down of street performers ordered by Captain O'Rourke and on information and belief higher officials of the City of Boston. Several other performers were sent down that day in the in the same raid. Mr. Brooks was told he needed a permit to dance, then told he did not need one and when he returned to perform he was told again he needed a permit from the Downtown Crossing Merchants' Association. He went to City Hall and had the same run-around as Mr. Keighley.

3. Park Rules:  As to Park Rules, section 1b, the City of Boston conceded in federal court in December 2004 it was unconstitutional and Park Rules, section 6, was agreed to by the City of Boston not to be applied against street performers. But the performers are aware of the park rules texts on signs even now in various parks around the city and published by the City of Boston Recreation Commission at http://www.cityofboston.gov/parks/rules:asp

4. Darrell S. Keighley. His accompanying declaration and prior declaration of September 6, 2005 show <u>current</u> enforcement of invalid restrictions. I will go with him soon to precinct A-1 again to clarify the names of officers involved.

5. Jermaine Carter. Mr. Carter, a bucket drummer has been hassled unduly. Officer Michael McCarthy, spokesman for the Boston Police was quoted in a *Boston Globe* article on the bucket drummer Jermaine Carter by Malena Amusa (copy attached). The officer stated:

> "We're not doing it because of the law, because of noise complaints," McCarthy says. "...If I can hear it when I pull up to the scene, then it's at a level where we can turn it down." Police now stop street performers only when a complaint is called in, he says."

I believe that police would not stop the police union or other unions of political/religious organizations from chanting or singing under these standards. Stop them just because they can be heard? No sound level has even been taken by police officers to my knowledge.

6. George Markee was stopped from playing acoustic (i.e. non electronic) blues guitar by security guards and MBTA Police at Bank North Garden when the circus was in town last October 8, 2005. He was on the public sidewalk similar to the incident described at item 1. above, with Larry Bell

7. Jeff Kesses, street artist, whose declaration of several months ago is in the file of this case has told me that he is still chilled from making and showing his visual art work in Boston public spaces.

8. Circus Sardine and others. As Mr. Griffiths, head of the circus act reported in an earlier declaration in this case he has told me that fears appearing in Boston because of the harassment by police officers and park rangers. Many other musical, dance and visual artists have informed me of their fear to perform in Boston public spaces because of the continuing harassment by police officers and park rangers. One Peruvian group, Inca Son, bought an expensive and unnecessary cart permit just to get to play a Downtown Crossing. But the Merchants' Association still blocks other artists.

9. Cambridge artists. There are some 300-400 licensed street artists in Cambridge. I have spoken to many of them and they too fear to come to Boston as told to me by a Cambridge Arts Council Officer. Cambridge accommodates First Amendment rights of artists while keeping good order through its content neutral regulations, similar to regulations in several other cities and towns as cited in the Complaint in this action. Several of the Cambridge artists have told me they fear to perform in Boston.

10. There is a serious continuing chill of First Amendment rights by the City of Boston and other defendants through persistent unconstitutional actions and willful blindness. Declaratory relief is needed to complete the work done in this case last December.

Signed under the pains and penalties of perjury, this the 7th day November, 2005.

Stephen H. Baird

> *Performers 'are regular people... I'm not homeless.'*
> JERMAINE CARTER, *street drummer*

FENWAY

# The beat of a defiant drummer

**By Malena Amusa**
GLOBE CORRESPONDENT

Enshrined by a semicircle of six 2-foot-high buckets, Jermaine Carter, 24, wraps up his final number for the night.

It's a recent Friday, and clubgoers on Lansdowne Street in the Fenway stop and bob their heads as Carter, on his sidewalk stage, tosses his drumsticks in the air while keeping the beat on his drum set of pots, pans, and plastic buckets. Sporting a baseball cap, a toned bare chest, and shorts, Carter keeps his eyes on the really important bucket jutting from his shrine: the bucket playing the sound of money dropping in.

That night, the Roxbury native finished with more than $200 for the day, he says.

But such gains are harder to come by, he says, mainly because the police still don't seem to have gotten used to him. Carter's performances have been broken up "tons of times," he says, by police trying to rid the city of the bucket racket.

This has continued, he says, in spite of a federal court victory last December for street performers in which the city agreed to repeal regulations that made it illegal to perform on the streets without a city permit.

Officer Michael McCarthy, spokesman for the Boston Police Department, says that stopping street performers like Carter is a matter of keeping the public peace.

"We're not doing it because of law, but because of noise complaints," McCarthy says. "... If I can hear it when I pull up to the scene, then it's at a level where we can turn it down." Police now stop street performers only when a complaint is called in, he says.

The Boston City Council removed the city's prohibition on street performers playing without a permit on March 30 of this year.

Stephen Baird, a street dulcimer player who is the founder and director of Community Arts Advocates Inc., and his lawyers want the federal courts to issue a statement of rights for street performers.

"This is an intimidation issue, police asking for permits that don't exist or are not required," says Baird, 55, of Jamaica Plain.

On a recent Tuesday, Carter settles in comfortably near Park Street station around 10:30 a.m, sitting on his milk crate, shirtless and wearing blue-jean shorts. By 11:30, pre-teen to middle-age passersby are dropping change and bills in his bucket. The sound of Carter's one-man drumming show penetrates the subway stairwell. It rings through the Boston Common, and evidently disturbs some businesses. Two police officers stop Carter and tell him to move on.

Carter says that of all street performers, street drummers are restricted the most.

Carter, who performs almost every day, usually starts at Park Street station, where he can rack up around $20 an hour. From there, he goes to Copley and Kenmore Square.

Street performers "are regular people who choose this lifestyle," he says on a Friday night outside the clubs. "I'm not homeless."

"Street drumming is adventurous, and extremely fun," he says.

6 C1