UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ARTS ADVOCATES, INC. )<br>and STEPHEN H. BAIRD, )<br>    Plaintiffs, )<br> )<br>v. )<br> )<br>CITY OF BOSTON, et al. )<br>    Defendant. )<br>_____ ) | CIVIL ACTION NO. 04-11618-NG |

## DECLARATION OF DARRELL S. KEIGHLEY

I, Darrell S. Keighley, declare and state as follows upon personal knowledge:

1. I am a street performer (vocalist/guitarist) who tries to perform adjacent to Filenes, at Boston's Down Crossing. I am a resident of, Foxboro, Massachusetts. My prior experiences are described in my prior declaration in this case. Then and now I report a constant run-around where I have visited Boston City Hall, Boston Office of Legal Counsel, the Mayor's office and Boston Police Precinct A-1 twice to register my complaints after police and park rangers harassment of use at Downtown Crossing and Boston Common. In all instances I was rebuffed or given incorrect information.

2. For the second time this year, I was told by a uniformed Boston Police Department officer (Officer Rivers #1537) on October 21, 2005, that I had to stop playing because I didn't have a permit for using an amplifier.

3. There is no such permit. I've spoken to the Boston Police Department Legal Office, before, and they confirmed that there are no permits required. I even met two months ago with shift supervisor, of the A1 Precinct (not Anderson as I said in my September 6 declaration), who I was told by police officers (referring to "my captain") is the one sending officers out to shut down performers. I was also told by an officer at the precinct that I needed a permit from the Downtown Crossing Merchants' Association. On a return visit to A1 a shift supervisor agreed to "allow" me to perform, provided there are no noise complaints. And yet here I am two months later, being unjustly deprived of my right to pursue my livelihood and my art.

4. I do not block a public way, I do not exceed the Noise Ordinance (70dB at 100 ft.) and I do not have local merchants complaining about my performances. Instead, I'm given the illegal reason, of not having an amplification permit or told that any complaint, right or wrong, can shut me down.

5. No one in the entire City, that I've spoken to, is aware of this mysterious permit, or where you would obtain one, except for Captain O'Rourke and, he could not produce a sample since none exists. With due respect, I feel the City should get its act together and stop attacking free expression rights of artists.

Given under the pains and penalties of perjury, this the 7th day of November, 2005.

_____
Darrell S. Keighley