UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ARTS ADVOCATES, INC., and STEPHEN H. BAIRD,<br>    Plaintiff<br><br>v.<br><br>CITY OF BOSTON, BOSTON POLICE DEPARTMENT, KATHLEEN M. O'TOOLE, individually and, in her capacity as Police Commissioner, BOSTON PARKS AND RECREATION DEPARTMENT, ANTONIA POLLACK, individually and, in her capacity as Parks and Recreation Department Commissioner, DOWNTOWN CROSSING MERCHANTS' ASSOCIATION, ANNE MEYERS, individually and, in her capacity as President of the Downtown Crossing Merchants' Association, BERNARD O'ROURKE, individually and in his capacity as Commander of the Boston Police District A-1, REGGIE SAMPSON, individually and in his capacity as Boston Park Ranger, John Doe 1 a/k/a Park Ranger call number 217, and John Doe 2 a/k/a Boston Police Office Wayne,<br>    Defendants | Civil Action No. 04 11618 NG |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel for the defendants, Downtown Crossing Association, Inc. (named in the Amended Complaint as Downtown Crossing Merchants Association) and Anne Meyers, in the above-entitled matter.

                              SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.


                    By:    /s/ Lisa C. Goodheart
                           Lisa C. Goodheart, BBO No. 552755
                           101 Merrimac Street, 9th Floor
                           Boston, MA 02114-4737
                           (617) 227-3030

Dated: January 12, 2006

Doc. #372343