UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11618 NG

COMMUNITY ARTS ADVOCATES INC., and
STEPHEN H. BAIRD,
    Plaintiffs

v.

CITY OF BOSTON, BOSTON POLICE
DEPARTMENT, KATHLEEN M. O'TOOLE,
individually and, in her capacity
as Police Commissioner, BOSTON
PARKS AND RECREATION DEPARTMENT,
ANTONIA POLLACK, individually and,
in her capacity as Parks and
Recreation Department Commissioner,
DOWNTOWN CROSSING MERCHANTS'
ASSOCIATION, ANNE MEYERS,
individually and, in her capacity
as President of the Downtown
Crossing Merchants' Association,
BERNARD O'ROURKE, individually and
in his capacity as Commander of the
Boston Police District A-1, REGGIE
SAMPSON, individually and in his
capacity as Boston Park Ranger,
John Doe 1 a/k/a Park Ranger call
number 217, and John Doe 2 Boston
Police Officer Wayne,
    Defendants

**ASSENTED TO MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS
FOR ALL CITY DEFENDANTS BY DEFENDANT CITY OF BOSTON**

    Now comes the defendant, City of Boston ("the City"), and respectfully moves this Honorable Court, pursuant to Fed.R.Civ.P. 6(b), for an extension of time – until February

24, 2006[1] – for all "City defendants[2]" to file responsive pleadings to the plaintiffs' amended complaint. As grounds for its motion, the City states:

1. On October 16, 2005, the plaintiffs filed an amended complaint.
2. On October 27, 2005, the City filed a motion to dismiss the plaintiffs' amended complaint.
3. In January 2006, it appears that the defendants have attempted to serve the other City defendants with their amended complaint.
4. It is the City's position that these defendants have not been properly served pursuant to the Federal Rules of Civil Procedure.
5. However, Tom Donohue, attorney for the City, has agreed to accept service for these City defendants should he be assigned to represent them.
6. The City's administrative process of determining and assigning legal representation must still be completed.
7. Further, the City defendants require additional time to investigate and draft appropriate responses to the amended complaint.
8. On Wednesday, January 25, 2006, Jerry Cohen, attorney for the plaintiffs, agreed to give the City defendants thirty (30) additional days to file responsive pleadings to the plaintiffs' amended complaint.
9. Should proper service have been made, this would make the City defendants' responsive pleadings due on <u>February 24, 2006.</u>

---

[1] Providing proper service was made.
[2] The "City Defendants" include the following: City Of Boston, Boston Police Department, Kathleen M. O'Toole, Boston Parks and Recreation Department, Antonia Pollack, Bernard O'Rourke and Reggie Sampson.

10. Allowing this motion will not prejudice any party to the action, and permitting the City defendants extra time to file responsive pleadings to the plaintiff's amended complaint – should service have been made - will further the interests of justice.

WHEREFORE:  The defendant, City of Boston, respectfully requests that this Honorable Court allow its assented to motion to extend time for the City defendants to file responsive pleadings until **February 24, 2006**, should proper service have been made.

>
> Respectfully submitted,
> DEFENDANT, CITY OF BOSTON
> Merita A. Hopkins
> Corporation Counsel
> By its attorney:
>
>
> /s/ Thomas Donohue_____
> Thomas Donohue, BBO# 643483
> Assistant Corporation Counsel
> City of Boston Law Department
> Room 615, City Hall
> Boston, MA 02201
> (617) 635-4039

Dated: January 29, 2006