UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ARTS ADVOCATES, INC., and STEPHEN H. BAIRD,<br>　　　Plaintiff<br><br>v.<br><br>CITY OF BOSTON, BOSTON POLICE DEPARTMENT, KATHLEEN M. O'TOOLE, individually and, in her capacity as Police Commissioner, BOSTON PARKS AND RECREATION DEPARTMENT, ANTONIA POLLACK, individually and, in her capacity as Parks and Recreation Department Commissioner, DOWNTOWN CROSSING MERCHANTS' ASSOCIATION, ANNE MEYERS, individually and, in her capacity as President of the Downtown Crossing Merchants' Association, BERNARD O'ROURKE, individually and in his capacity as Commander of the Boston Police District A-1, REGGIE SAMPSON, individually and in his capacity as Boston Park Ranger, John Doe 1 a/k/a Park Ranger call number 217, and John Doe 2 a/k/a Boston Police Office Wayne,<br>　　　Defendants | Civil Action No. 04-11618-NG |

**ASSENTED-TO MOTION TO EXTEND TIME FOR
DOWNTOWN CROSSING ASSOCIATION, INC. AND ANNE R. MEYERS
TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

Defendants Downtown Crossing Association, Inc. ("DCA," named in the complaint as Downtown Crossing Merchants' Association) and Anne R. Meyers ("Ms. Meyers") respectfully move for an extension of time until Tuesday, February 28, 2006, to respond to Plaintiff's Amended Complaint. As grounds for this motion, DCA and Ms. Meyers state as follows:

　　1)　　DCA and Ms. Meyers are currently pursuing discussions with the plaintiffs with the goal of reaching an amicable resolution of the issues raised by the Amended

2

Complaint to the extent that they pertain to DCA and Ms. Meyers;

2) This is the first request for an extension of time by DCA and Ms. Meyers; and,

3) The plaintiffs, through their attorney, Jerry Cohen of Perkins, Smith & Cohen, LLP, have assented to the requested extension of time, and this motion.

>DOWNTOWN CROSSING MERCHANTS'
>ASSOCIATION, INC. and ANNE R. MEYERS
>
>By their Attorneys:
>
>/s/ Lisa C. Goodheart
>Lisa C. Goodheart (BBO #552755)
>Sugarman, Rogers, Barshak & Cohen, P.C.
>101 Merrimac St., 9th Floor
>Boston, MA 02114-4737
>(617) 227-3030

DATED: January 30, 2006