℠AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Eastern Division-Boston | District of | Massachusetts |
|---|---|---|

Community Arts Advocates, Inc. et al.

**SUMMONS IN A CIVIL ACTION**

V.

City of Boston et al.

CASE NUMBER:    04-11618-NG

TO: (Name and address of Defendant)

Antonia Pollack, Commissioner
Boston Parks and Recreation Department
1010 Massachusetts Ave.
3rd Floor
Boston, MA 02118

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jerry Cohen, Esq.
Stephen Y. Chow, Esq.
Michael P. Twohig, Esq.
Perkins Smith & Cohen LLP
One Beacon Street
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within _____ twenty (20) _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

DEC 2 8 2005

| CLERK | DATE |
|---|---|
| (By) DEPUTY CLERK | |

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | January 3, 2006 |

| NAME OF SERVER *(PRINT)* John Roberto | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): *by serving "in-hand" upon Steve Healy, office manager, Boston Parks & Recreation Dept., 1010 Mass Ave., Boston, MA.*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___1-3-06___
Date

_____
Signature of Server

*92 State Street, 7th Fl., Boston, MA 02109*
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.