AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern Division-Boston     District of     Massachusetts

Community Arts Advocates, Inc. et al.

**SUMMONS IN A CIVIL ACTION**

V.

City of Boston et al.     CASE NUMBER: 04-11618-NG

TO: (Name and address of Defendant)

Boston Parks and Recreation Department
c/o Antonia Pollack, Commissioner
1010 Massachusetts Ave.
3rd Floor
Boston, MA 02118

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jerry Cohen, Esq.
Stephen Y. Chow, Esq.
Michael P. Twohig, Esq.
Perkins Smith & Cohen LLP
One Beacon Street
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON     DEC 2 8 2005

CLERK     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | January 3, 2006 |
| NAME OF SERVER (PRINT) John Roberto | TITLE | Process Server & Disinterested Person |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): by serving "in-Hand" upon Steve Healy, Office manager, Boston Parks & Recreation Dept., 1010 Mass Ave., Boston, MA.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-3-06
             Date            Signature of Server

92 State Street, 7th Floor, Boston, MA 02109
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.