AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern Division-Boston       District of       Massachusetts

Community Arts Advocates, Inc. et al.

**SUMMONS IN A CIVIL ACTION**

V.

City of Boston et al.              CASE NUMBER:  04-11618-NG

TO: (Name and address of Defendant)

John Doe 1
Boston Park Ranger call number 217

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jerry Cohen, Esq.
Stephen Y. Chow, Esq.
Michael P. Twohig, Esq.
Perkins Smith & Cohen LLP
One Beacon Street
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON                              DEC 2 8 2005

CLERK                                          DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | January 3, 2006 |
| NAME OF SERVER (PRINT) John Roberto | TITLE | Process Server & Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): by serving "in-Hand" upon Steve Healy, Office Manager For Boston Parks And Recreation Dept., 1010 Mass Ave., Boston, MA.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1-3-06
             Date

Signature of Server
Process Server & Disinterested Person

92 State Street, Boston, MA 02110
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.