UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ARTS ADVOCATES, INC. ) | |
| and STEPHEN H. BAIRD, ) | |
|     Plaintiffs, ) | |
| ) | |
|     v. ) | C.A. No. 04-11618-NG |
| ) | |
| CITY OF BOSTON, et al., ) | |
|     Defendants. ) | |

GERTNER, D.J.:

## ORDER

For the reasons set forth in the accompanying Memorandum and Order, I **GRANT** defendants' Motion to Dismiss (document # 50) in part, **DENY** it in part, and **DEFER** a portion until the private defendants respond.

**SO ORDERED.**

Dated: February 17, 2006                    s/NANCY GERTNER U.S.D.J.