UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ARTS ADVOCATES, INC., and STEPHEN H. BAIRD,<br>    Plaintiff<br><br>v.<br><br>CITY OF BOSTON, BOSTON POLICE DEPARTMENT, KATHLEEN M. O'TOOLE, individually and, in her capacity as Police Commissioner, BOSTON PARKS AND RECREATION DEPARTMENT, ANTONIA POLLACK, individually and, in her capacity as Parks and Recreation Department Commissioner, DOWNTOWN CROSSING MERCHANTS' ASSOCIATION, ANNE MEYERS, individually and, in her capacity as President of the Downtown Crossing Merchants' Association, BERNARD O'ROURKE, individually and in his capacity as Commander of the Boston Police District A-1, REGGIE SAMPSON, individually and in his capacity as Boston Park Ranger, John Doe 1 a/k/a Park Ranger call number 217, and John Doe 2 a/k/a Boston Police Office Wayne,<br>    Defendants | Civil Action No. 04-11618-NG |

### SECOND ASSENTED-TO MOTION TO EXTEND TIME FOR DOWNTOWN CROSSING ASSOCIATION, INC. AND ANNE R. MEYERS TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT

Defendants Downtown Crossing Association, Inc. ("DCA," named in the complaint as Downtown Crossing Merchants' Association) and Anne R. Meyers ("Ms. Meyers") respectfully move for an extension of time until Friday, March 31, 2006, to respond to Plaintiff's Amended Complaint. As grounds for this motion, DCA and Ms. Meyers state as follows:

373064v2

1) DCA and Ms. Meyers, and their counsel, recently met with plaintiffs and their counsel to discuss the prospect of an amicable resolution of the issues raised by the Amended Complaint to the extent that they pertain to DCA and Ms. Meyers;

2) Based on that meeting, the plaintiffs and DCA and Ms. Meyers have agreed to work together in good faith in an effort to negotiate a proposed stipulation according to which the claims against DCA and Ms. Meyers might be dismissed;

3) Additional time is needed to enable the plaintiffs, DCA and Ms. Meyers to pursue this settlement effort;

4) The plaintiffs and DCA and Ms. Meyers agree that it would be counterproductive for DCA and Ms. Meyers to spend time and incur legal expenses to respond to the Amended Complaint before the above-described negotiations can be concluded;

5) This is the second request for an extension of time by DCA and Ms. Meyers; and,

6) The plaintiffs, through their attorney, Jerry Cohen of Perkins, Smith & Cohen, LLP, have assented to the requested extension of time, and this motion.

DOWNTOWN CROSSING MERCHANTS'
ASSOCIATION, INC. and ANNE R. MEYERS

By their Attorneys:

/s/ Lisa C. Goodheart
Lisa C. Goodheart (BBO #552755)
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac St., 9th Floor
Boston, MA 02114-4737
(617) 227-3030

DATED: February 27, 2006

373064v2                                 2