UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ARTS ADVOCATES, INC., and STEPHEN H. BAIRD,<br>          Plaintiff<br><br>v.<br><br>CITY OF BOSTON, BOSTON POLICE DEPARTMENT, KATHLEEN M. O'TOOLE, individually and, in her capacity as Police Commissioner, BOSTON PARKS AND RECREATION DEPARTMENT, ANTONIA POLLACK, individually and, in her capacity as Parks and Recreation Department Commissioner, DOWNTOWN CROSSING MERCHANTS' ASSOCIATION, ANNE MEYERS, individually and, in her capacity as President of the Downtown Crossing Merchants' Association, BERNARD O'ROURKE, individually and in his capacity as Commander of the Boston Police District A-1, REGGIE SAMPSON, individually and in his capacity as Boston Park Ranger, John Doe 1 a/k/a Park Ranger call number 217, and John Doe 2 a/k/a Boston Police Office Wayne,<br>          Defendants | Civil Action No. 04-11618-NG |

**THIRD ASSENTED-TO MOTION TO EXTEND TIME FOR
DOWNTOWN CROSSING ASSOCIATION, INC. AND ANNE R. MEYERS
TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

Defendants Downtown Crossing Association, Inc. ("DCA," named in the complaint as Downtown Crossing Merchants' Association) and Anne R. Meyers ("Ms. Meyers") respectfully move for an extension of time until Friday, April 28, 2006, to respond to Plaintiff's Amended Complaint. As grounds for this motion, DCA and Ms. Meyers state as follows:

1)   Since the time of their second motion for an extension of time, DCA and Ms.

Meyers have continued to work in good faith with the plaintiffs on the negotiation

373064v3

of a proposed stipulation according to which the claims against DCA and Ms. Meyers may be dismissed;

2) Despite diligent efforts and progress made to date, additional time is needed to enable the plaintiffs, DCA and Ms. Meyers to conclude their ongoing settlement negotiations;

3) The plaintiffs and DCA and Ms. Meyers agree that it would be counterproductive for DCA and Ms. Meyers to spend time and incur legal expenses to respond to the Amended Complaint before the above-described negotiations can be concluded;

4) This is the third request for an extension of time by DCA and Ms. Meyers; and,

5) The plaintiffs, through their attorney, Jerry Cohen of Perkins, Smith & Cohen, LLP, have assented to the requested extension of time, and this motion.

DOWNTOWN CROSSING MERCHANTS'
ASSOCIATION, INC. and ANNE R. MEYERS

By their Attorneys:

/s/ Lisa C. Goodheart
Lisa C. Goodheart (BBO #552755)
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac St., 9th Floor
Boston, MA 02114-4737
(617) 227-3030

DATED:  March 30, 2006