UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11618 NG

---

COMMUNITY ARTS ADVOCATES INC., and
STEPHEN H. BAIRD,
    <u>Plaintiffs</u>

v.

REGGIE SAMPSON et al.,
    <u>Defendants</u>

---

**ASSENTED TO MOTION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' AMENDED COMPLAINT BY BOSTON PARK RANGER REGGIE SAMPSON**

---

Now comes defendant, Boston Park Ranger Reggie Sampson ("Ranger Sampson"),[1] and respectfully moves this Honorable Court, pursuant to Fed. R. Civ. P. 6(b), for an extension of time – until April 14, 2006[2] – to file a responsive pleading to plaintiffs' amended complaint.  As grounds for his motion, Ranger Sampson states:

1.  On October 16, 2005, plaintiffs filed an amended complaint.

2.  On October 27, 2005, the City of Boston filed a motion to dismiss plaintiffs' amended complaint.

3.  In January 2006, it appears that plaintiffs attempted to serve Ranger Sampson with the amended complaint.

---

[1] Attorney Thomas Donohue makes a limited appearance on behalf of Defendant Park Ranger Sampson for purposes of this motion only.  Authority to represent Ranger Sampson for the remainder of this action is still pending and is the impetus for this motion.
[2] Providing proper service was made.

4. It is the defendant's position that Ranger Sampson was not properly served with the amended complaint pursuant to the Federal Rules of Civil Procedure.

5. On February 17, 2006, the Court (Gertner, J.) issued a <u>Memorandum and Order</u>, which dismissed defendant City of Boston and its employees - except for Park Ranger Reggie Sampson.

6. Unfortunately, the City of Boston's administrative process of determining and assigning legal representation for Ranger Sampson must still be completed. The City apologizes to the Court and plaintiffs for the oversight.

7. Accordingly, once assigned or hired, Ranger Sampson's attorney will need additional time to investigate and draft an appropriate response to the amended complaint.

8. I, Thomas Donohue, attorney for the City, have agreed to accept service for Ranger Sampson should I be assigned to represent him.

9. On Tuesday, April 4, 2006, Jerry Cohen, attorney for the plaintiffs, assented to this motion.

10. Allowing this motion will not prejudice any party to the action, and permitting Ranger Sampson extra time to file a responsive pleading to plaintiffs' amended complaint – should service have been made - will further the interests of justice.

WHEREFORE: Defendant, Park Ranger Reggie Sampson, respectfully requests that this Honorable Court allow his motion to extend time to file a responsive pleading until **April 14, 2006**, should proper service have been made.

                                                Respectfully submitted,

                                                DEFENDANT, REGGIE SAMPSON
Merita A. Hopkins
Corporation Counsel
By his attorney:


/s/ Thomas Donohue_____
Thomas Donohue, BBO# 643483
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4039

Dated: April 4, 2006