UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11618 NG

COMMUNITYARTS
ADVOCATES INC., ET AL.,
    Plaintiffs

v.

REGINALD W. SAMSPON, ET AL.,
    Defendants

**DEFENDANT REGINALD W. SAMPSON'S ANSWER
TO THE PLAINTIFFS' AMENDED COMPLAINT
WITH AFFIRMATIVE DEFENSES AND JURY DEMAND**

    NOW COMES Reginald W. Sampson ("Defendant"), Defendant in the above-entitled action, and hereby answers the Plaintiffs' Amended Complaint as follows:

**AMENDED COMPLAINT**

1. The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant states that he is without knowledge or information sufficient to form a belief as to their truth.

2. The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant denies them.

3. The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant states that he is without knowledge or information sufficient to form a belief as to their truth, and therefore neither admits nor denies them.

**JURISDICTION AND VENUE**

4. The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant states that he is without knowledge or information sufficient to form a belief as to their truth.

5. The Defendant alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the plaintiffs' amended complaint, and therefore he neither admits nor denies them.

6. The Defendant alleges that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the plaintiffs' amended complaint, and therefore he neither admits nor denies them.

## THE DEFENDANTS

7. The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant states that he is without knowledge or information sufficient to form a belief as to their truth, and therefore neither admits nor denies them.

8. The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant admits the allegations.

9. The Defendant admits the allegations contained in this paragraph of plaintiffs' amended complaint.

10. The Defendant admits the allegations contained in this paragraph of plaintiffs' amended complaint.

11. The Defendant admits that Antonia Pollack is the Commissioner of the Boston Parks and Recreation Department. The Defendant considers the remaining allegations to be legal conclusions to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant states that he is without knowledge or information sufficient to form a belief as to their truth, and therefore neither admits nor denies them.

12. The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant states that he is without knowledge or information sufficient to form a belief as to their truth, and therefore neither admits nor denies them.

13. The Defendant states that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiffs' amended complaint, and therefore neither admits nor denies them.

14. The Defendant admits the allegations contained in this paragraph of plaintiffs' amended complaint.

15. The Defendant admits the allegations contained in this paragraph of plaintiffs' amended complaint.

16. The Defendant admits that there is a Park Ranger #217 who works for the Boston Parks and Recreation Department. The Defendant considers the remaining allegations to be legal conclusions to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant states that he is without knowledge or information sufficient to form a belief as to their truth, and therefore neither admits nor denies them.

17. The Defendant states that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiffs' amended complaint, and therefore neither admits nor denies them.

## GENERAL ALLEGATIONS

18. The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant states that he is without knowledge or information sufficient to form a belief as to their truth, and therefore neither admits nor denies them.

## RECENTLY REPEALED LAWS AND REGULATIONS

19. The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant states that he is without knowledge or information sufficient to form a belief as to their truth, and therefore neither admits nor denies them.

20. The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant states that he is without knowledge or information sufficient to form a belief as to their truth, and therefore neither admits nor denies them.

21. The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant states that he is without knowledge or information sufficient to form a belief as to their truth, and therefore neither admits nor denies them.

## CURRENT LAWS AND REGULATIONS

23.(sic) The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant denies them.

24. The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant denies them.

25. The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant denies them.

26. The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant denies them.

27. The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant denies them.

28. The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant denies them.

29. The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant denies them.

30. The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant denies them.

31. The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant denies them.

32. The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant states that he is without knowledge or information sufficient to form a belief as to their truth, and therefore neither admits nor denies them.

33. The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant states that he is without knowledge or information sufficient to form a belief as to their truth, and therefore neither admits nor denies them.

34. The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant states that he is without knowledge or information sufficient to form a belief as to their truth, and therefore neither admits nor denies them.

35. The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant states that he is without knowledge or information sufficient to form a belief as to their truth, and therefore neither admits nor denies them.

36. The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant denies them.

## THIS LITIGATION

37. The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant states that he is without knowledge or information sufficient to form a belief as to their truth, and therefore neither admits nor denies them.

38. The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant states that he is without knowledge or information sufficient to form a belief as to their truth, and therefore neither admits nor denies them.

39. The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant states that he is without knowledge or information sufficient to form a belief as to their truth, and therefore neither admits nor denies them.

## CONTINUING HARASSMENT OF STREET ARTISTS

40. The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant denies any wrongdoing or unconstitutional enforcement. As to the remaining allegations, the Defendant states that he is without knowledge or information sufficient to form a belief as to their truth, and therefore neither admits nor denies them.

41. The Defendant states that he is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Plaintiffs' amended complaint, and therefore neither admits nor denies them.

42. The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant states that he is without knowledge or information sufficient to form a belief as to their truth, and therefore neither admits nor denies them.

43. The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant states that he is without knowledge or information sufficient to form a belief as to their truth, and therefore neither admits nor denies them.

44. The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the

      Defendant admits that he informed a man selling goods that a permit was needed. The Defendant states that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore neither admits nor denies them.

45.     The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant states that he is without knowledge or information sufficient to form a belief as to their truth, and therefore neither admits nor denies them.

46.     The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant states that he is without knowledge or information sufficient to form a belief as to their truth, and therefore neither admits nor denies them.

47.     The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant denies them.

## NEED FOR RELIEF

48.     The Defendant considers this paragraph to be a legal conclusion to which no response is required. To the extent that the paragraph contains factual allegations, the Defendant states that he did not acted wrongly or in an unconstitutional manner. The Defendant states that he is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore neither admits nor denies them.

## COUNT I

### Violation of Constitutional rights – Electronic Amplifiers

49-51. The Court (Gertner, J.) dismissed this count as it related to the Defendant in the Memorandum & Order dated February 17, 2006, Document 64. Further, these paragraphs contain conclusions of law to which no answer is required. To the extent the Defendant is required to answer, he denies each and every allegation.

## COUNT II

### Violation of Constitutional rights – Unlawful Exercise of Delegated Police Power

52-55     The Defendant states that these paragraphs contain conclusions of law to which no answer is required. To the extent the Defendant is required to answer, he denies each and every allegation.

## COUNT III

### Violation of Constitutional rights – Park Rules

56-58.  The Court (Gertner, J.) dismissed this count as it related to the Defendant in the Memorandum & Order dated February 17, 2006, Document 64.  Further, these paragraphs contain conclusions of law to which no answer is required.  To the extent the Defendant is required to answer, he denies each and every allegation.

## COUNT IV

### Violation of Constitutional rights – Other Rules and Ordinances and Practices

59-61.  The Court (Gertner, J.) dismissed this count as it related to the Defendant in the Memorandum & Order dated February 17, 2006, Document 64.  Further, these paragraphs contain conclusions of law to which no answer is required.  To the extent the Defendant is required to answer, he denies each and every allegation.

## RELIEF REQUESTED

1-4.   The Defendant considers these paragraphs to be legal conclusions to which no response is required. To the extent that paragraphs one-four contain factual allegations against him, the Defendant denies such allegations.  To the extent that the paragraphs contain factual allegations against other Defendants, Reginald Sampson alleges that he is without knowledge or information sufficient to form a belief as to the truth of such allegations.

## AFFIRMATIVE DEFENSES

### First Defense

Defendant Sampson states that the Plaintiff has failed to state a claim upon which relief can be granted.

### Second Defense

Defendant Sampson states that the injury or damage alleged in the Plaintiffs' Complaint was neither caused nor proximately caused by him.

### Third Defense

Defendant Sampson states that at all relevant times, he acted in good faith and in accordance with the Constitution and laws of the United States and of the Commonwealth of Massachusetts.

### Fourth Defense

Defendant Sampson states that others for whose conduct he is not responsible caused any injury or damage suffered by the Plaintiff.

### Fifth Defense

The Plaintiff has failed to name individuals or entities that are indispensable to the resolution of this suit.

### Sixth Defense

Defendant Sampson states that he is entitled to qualified immunity.

### Seventh Defense

Defendant Sampson states that he is not liable for any damages to the Plaintiff, including punitive damages.

### Eighth Defense

Defendant Sampson states that he was justified in his actions and that his actions were protected by legal process and that therefore the Plaintiff cannot recover.

### Ninth Defense

Defendant Sampson states that this claim is barred by the statute of limitations.

### Tenth Defense

Defendant Sampson states that he cannot be held liable for negligent conduct within the scope of his employment.

### Jury Claim

Defendant Sampson hereby demands a trial by jury on all counts and causes of action.

[signature next page]

Respectfully Submitted,

DEFENDANT REGINALD SAMPSON
William F. Sinnott
Corporation Counsel
By his attorney,


 /s/ Thomas Donohue
Thomas R. Donohue, BBO# 643483
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4039

9