UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMUNITY ARTS ADVOCATES, INC.<br>and STEPHEN H. BAIRD,<br>    Plaintiffs,<br><br>v.<br><br>CITY OF BOSTON, et al.<br>    Defendants. | CIVIL ACTION NO. 04-11618-NG |

**MOTION OF PLAINTIFFS TO APPROVE STIPULATION AND ENTER ORDER OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AGAINST DOWNTOWN CROSSING MERCHANT'S ASSOCIATION AND ANNE MEYERS[1]**

Plaintiffs Community Arts Advocates, Inc. and Stephen H. Baird hereby move the Court to approve and enter the attached Stipulation and Order of Dismissal without Prejudice of All Claims against Downtown Crossing Merchants' Association ("DCA") and Anne Meyers ("Meyers"). In the alternative, if the Court will not approve and enter the Stipulation and Order, plaintiffs request that the Court grant DCA and Meyers an additional 30 days within which to answer the Complaint.

|  |  |
|---|---|
|  | Respectfully submitted,<br>**COMMUNITY ARTS ADVOCATES, INC. and STEPHEN H. BAIRD, Plaintiffs**<br>By their attorneys,<br><br>/s/ Michael P. Twohig<br>Jerry Cohen, BBO #089400<br>Stephen Y. Chow, BBO #082990<br>Barbara Green Whitbeck, BBO #634343<br>Michael P. Twohig, BBO #648079<br>PERKINS SMITH & COHEN LLP<br>One Beacon Street, 30th Floor<br>Boston, Massachusetts 02108 |
| April 28, 2006 | (617) 854-4000 |

---

[1] Defendants Downtown Crossing Merchants' Association and Anne Meyers assent to this motion. The remaining defendants do not.

2

## LOCAL RULE 7.1 CERTIFICATION

I, Michael P. Twohig, hereby certify that on April 28, 2006, I conferred with counsel for all other parties (Thomas Donohue and Lisa Goodheart), and that Ms. Goodheart assented to this motion on behalf of DCA and Meyers, but that Mr. Donohue did not assent to the filing of this motion on behalf of the remaining defendants.

    /s/ Michael P. Twohig
    Michael P. Twohig

## CERTIFICATE OF SERVICE

I, Michael P. Twohig, hereby certify that a true copy of the foregoing was served upon counsel of record for each other party through the Court's electronic filing system on this the 28th day of April, 2006.

    /s/ Michael P. Twohig
    Michael P. Twohig