UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11618 NG

COMMUNITY ARTS ADVOCATES INC., and
STEPHEN H. BAIRD,
    <u>Plaintiffs</u>

v.

REGGIE SAMPSON et al.,
    <u>Defendants</u>

### ASSENTED TO MOTION TO CONTINUE THE STATUS CONFERENCE

Now comes the defendant, Boston Park Ranger Reggie Sampson ("Ranger Sampson"), and respectfully moves this Honorable Court to continue the status conference scheduled for June 8, 2006 – until June 19, 2006 at 11:00 a.m.  As grounds for his motion, Ranger Sampson states:

1.  Michael P. Twohig, attorney for the plaintiffs, has assented to this motion.

2.  I, Tom Donohue, attorney for Ranger Sampson, have long standing plans to be out of the country on vacation on June 8, 2006 – the date of the status conference.  I will return on June 15, 2006.

3.  I am the only assistant corporation counsel familiar with this case and I believe it will be a more productive status conference if I am able to attend the status conference – rather than having another attorney cover for me.

4.  After consultation with the Court's Clerk, it is my understanding that the Court has time to for the status conference on June 19, 2006 at 11:00 a.m.

5.  Allowing this motion will not prejudice any party and rescheduling the status conference will further the interests of justice.

WHEREFORE:  The defendant, Park Ranger Reggie Sampson, respectfully requests that this Honorable Court allow his motion and reschedule the status conference for **June 19, 2006 at 11:00 a.m.**

```
                              Respectfully submitted,

                              DEFENDANT, REGGIE SAMPSON
                              William F. Sinnott
                              Corporation Counsel
                              By his attorney:



                              /s/ Thomas Donohue_____
                              Thomas Donohue, BBO# 643483
                              Assistant Corporation Counsel
                              City of Boston Law Department
                              Room 615, City Hall
                              Boston, MA 02201
                              (617) 635-4039
```

Dated: May 19, 2006