**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Community Arts
    Plaintiff

    V.

City of Boston, et al
    Defendant

CIVIL ACTION

NO. 04-11618-NG

**SETTLEMENT ORDER OF DISMISSAL**

Gertner, D. J.

The Court having been advised on September 13, 2006 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated

                                     By the Court,

9/14/06                                       /s/Maryellen Molloy
Date                                          Deputy Clerk

[stlmtodism.]