UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11618 NG

COMMUNITY ARTS ADVOCATES INC., and
STEPHEN H. BAIRD,
    Plaintiffs

v.

REGINALD SAMPSON,
    Defendant

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT REGINALD SAMPSON

Pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiffs, Community Arts Advocates, Inc. ("CAA") and Stephen H. Baird ("Baird"), and the defendant, Lieutenant Park Ranger, Reginald Sampson ("Sampson"), hereby stipulate to the dismissal of all claims asserted in this action by CAA and Baird against Sampson, with prejudice, and with each party to bear his or its own attorneys' fees and costs, based on the following understanding and agreement.  Sampson hereby states:

1.  On or about June 25, 2005, while on duty and patrolling Boston Common, I approached a man who I have been informed is named Jeff Kesses.

2.  At that time, it was my understanding that he was acting as a vendor of commercial art and not as a street artist.

3. Accordingly, I informed him that he could not sell art in the Boston Common without a vendor's permit.

4. I now understand that the artwork created by Mr. Kesses did not require a vendor's permit.

5. As further part of this agreement, the parties attach releases of claims by Jeff Kesses and CAA against Sampson. See Exhibits A and B.

Respectfully submitted,

PLAINTIFFS, COMMUNITY ARTS ADVOCATES, INC. and STEPHEN H. BAIRD,

Stephen H. Baird, as President of Community Arts Advocates, Inc.

Dated: 2/4/07

By their attorneys,

Jerry Cohen, BBO No. 89400
BURNS & LEVINSON, LLP
One Beacon Street, 30th Floor
Boston, MA 02108
(617) 854-4000

Dated: 1/26/07

and

Respectfully submitted,

DEFENDANT, REGINALD SAMPSON

_____
REGINALD SAMPSON, Lt. Park Ranger

Dated: 1/24/07


By his attorneys,
William F. Sinnott
Corporation Counsel

_____
Thomas Donohue, BBO# 643483
Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4039

Dated: 1/24/07



SO ORDERED.


Dated: _____          _____
                          Nancy Gertner, U.S.D.J.

# EXHIBIT A

## RELEASE AGREEMENT BY JEFF KESSES

This release by Jeff Kesses ("Mr. Kesses") is for and in consideration of one dollar ($1.00) and the Stipulation and Order of Dismissal with Prejudice of all Claims against Defendant Reginald Sampson, to which this document is attached, as Exhibit A. With this release, Mr. Kesses, a street artist and member of Community Arts Advocates, Inc. ("CAA"), hereby releases and discharges any and all claims - personally and/or by others on his or its behalf, including CAA - he has or may have had against Reginald Sampson, Lieutenant Park Ranger, arising out of or in any way related to the subject matter of the action instituted by COMMUNITY ARTS ADVOCATES, INC. AND STEPHEN H. BAIRD against REGINALD SAMPSON in United States District Court for the District of Massachusetts, Civil Action No. 04-11618 NG, which action the parties have agreed to dismiss with prejudice.

This release shall preclude any and all future claims by Mr. Kesses (or by anyone or organization on his or its behalf) against Mr. Sampson arising from events prior to the signing of this release.

It is understood and agreed that this settlement is a compromise of disputed claims, and that the Stipulation agreed to by the parties in this case is not to be construed as an admission of liability on the part of any party or an interpretation of any laws.

Jeff Kesses acknowledges that he has read this document with care and with advice of counsel, and that he is aware that by signing this document he is giving up all rights and claims and causes of action against Sampson and any and all rights and claims that he may have or which he may have in the future as a result of the allegations claimed in the above action. Mr. Kesses further states that the document herein is signed by him voluntarily and freely, without duress.

WITNESSED my hand this ___13___ day of ~~September~~ October, 2006.

*[signature]*
JEFF KESSES

Dated: __10/13/06__


COMMONWEALTH OF MASSACHUSETTS

On this __13__ day of September 2006, before me, the undersigned notary public, personally appeared __Jeff Kesses *__, as aforesaid, proved to me through satisfactory evidence of identification, which consisted of a Massachusetts Driver's License, to be the person whose name is on the foregoing document, and acknowledged to me that he signed it, as his free act and deed for its stated purpose.

*[signature]* JERRY COHEN
Notary

Notary Public
My Commission Expires: __10/1/08__

* aka Jeffrey S. Kesses

# EXHIBIT B

## RELEASE AGREEMENT BY COMMUNITY ARTS ADVOCATES

This release by Community Arts Advocates ("CAA"), by and through Stephen H. Baird, Executive Director of CAA, is for and in consideration of one dollar ($1.00) and the <u>Stipulation and Order of Dismissal with Prejudice of all Claims against Defendant Reginald Sampson</u>, to which this document is attached, as <u>Exhibit B</u>. With this release, CAA hereby releases and discharges any and all claims by CAA, members of CAA, or claims by CAA on behalf of other artists or performers against Reginald Sampson, Lieutenant Park Ranger, arising out of or in any way related to the subject matter of the action instituted by COMMUNITY ARTS ADVOCATES, INC. AND STEPHEN H. BAIRD against REGINALD SAMPSON in **United States District Court for the District of Massachusetts, Civil Action No. 04-11618 NG**, which action the parties have agreed to dismiss with prejudice.

This release shall preclude any and all future claims by CAA against Mr. Sampson arising from events prior to the signing of this release.

It is understood and agreed that this settlement is a compromise of disputed claims, and that the <u>Stipulation</u> agreed to by the parties in this case is not to be construed as an admission of liability on the part of any party or an interpretation of any laws.

Mr. Baird, for CAA, acknowledges that he has read this document with care and with advice of counsel, and that he is aware that by signing this document for CAA, CAA is giving up all past, present, and future rights and claims and causes of action against Sampson as a result of the allegations claimed in the above action. Mr. Baird further states that the document herein is signed by him voluntarily and freely, without duress.

*20th day of December 2006*

WITNESSED my hand this ~~and 16~~ day of ~~October, 2006~~.

_____
STEPHEN H. BAIRD FOR CAA
EXECUTIVE DIRECTOR CAA

Dated: 10/16/06     12/20/06


COMMONWEALTH OF MASSACHUSETTS

On this 20th day of ~~October~~ *December* 2006, before me, the undersigned notary public, personally appeared <u>Stephen H. Baird, Executive Director of Community Arts Advocates, Inc.</u>, as aforesaid, proved to me through satisfactory evidence of identification, which consisted of a Massachusetts Driver's License, to be the person whose name is on the foregoing document, and acknowledged to me that he signed it, as his free act and deed for its stated purpose.

_____
Notary Public
My Commission Expires: 10/1/08

2 of 2